# EXHIBIT "A"

Article __/__

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-895-928

**Effective Date of Registration:**
August 03, 2020
**Registration Decision Date:**
September 18, 2020

## Title

**Title of Work:** Carroll County School District to Start August 13

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Emmerich Newspapers, Incorporated
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206

## Rights and Permissions

**Organization Name:** Wilson Carroll, PLLC
**Name:** Wilson H Carroll
**Email:** wilson@wilsoncarroll.com
**Telephone:** (601)953-6579
**Address:** 2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification

**Name:**  Wilson H Carroll
**Date**:  August 03, 2020



CARD*G CarDog solutions can help manage nearly every aspect of a busy car dealership. Everyday...   Learn More

WE APPRECIATE YOUR BUSINESS!

# CARROLL COUNTY SCHOOL DISTRICT TO START AUGUST 13



By LaKeadra Coffey, READ MORE > 62 views
On Fri, 07/31/2020 - 12:02 PM

Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child to school face-to-face or virtually.

The school board approved a proposed new calendar presented by Superintendent Jim Ray to delay school until Thursday, August 13. Federal Programs Director Sara Johnson said parents would have until Wednesday, August 5, to complete surveys indicating if they want their child to go traditionally or virtually.

Ray said when students return to school, school will let out at 2 p.m. to allow teachers time to plan for distance learning and answer questions from students. He also said masks are now required for all students, teachers, staff, faculty, and visitors.

One of the biggest questions that arose from the meeting Thursday night was attendance



Small Town, Big Inventory Low Prices

Monday - Friday 7:00 - 5:00 · Saturday 7:30 - 2:00
1515 Veterans Memorial Blvd. · Eupora, MS
**662-258-2504**

CHANNELLOCK

**Channellock 24 In. Toolbox**

$19.99
(300090)



WINONA CHRISTIAN SCHOOL



SAVINGS UP TO
25%-75% OFF
*Summer*
SALE
JULY 31 & AUGUST 1

25%-75% off Jewelry

Shop our Sidewalk Sale!
Prices as low as $3!

**Crossroads**
Jewelers
122 Summit Street, Winona  |  283-2221

Write a Comment

   

☼ ⬛ ⬤ ...                                          ⁕ ⚡ 🔋 97% 📶 3:47 PM

← 📈 **For You**                                                [Aa] ⋮


jeland Attorney
×

# Carroll County School District to start August 13

winonatimes.com · 3 hours ago



Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child to school face-to-face or virtually.

The school board approved a proposed new calendar presented by Superintendent Jim Ray to delay school until Thursday, August 13. Federal Programs Director Sara Johnson said parents would have until Wednesday, August 5, to complete surveys indicating if they want their child to go traditionally or virtually.

Ray said when students return to school, school will let out at 2 p.m. to allow teachers time to plan for distance learning and answer questions from students. He also said masks are now required for all students, teachers, staff, faculty, and visitors.

One of the biggest questions that arose from the meeting Thursday night was attendance and how it would be taken with distance learning. According to Assistant Superintendent Wendy Hubbard, the

Write a Comment                                    ◯  🔖  💬  f

ieland Attorney

One of the biggest questions that arose from the meeting Thursday night was attendance and how it would be taken with distance learning. According to Assistant Superintendent Wendy Hubbard, the learning management system the district chose, Canvas, notates the time when a student is in Canvas. She said students, whether at home or school, must have 240 minutes of instructional time per week.

Hubbard said she wants parents to understand that even with the learning packets that will be sent out, attendance will still be taken.

"What I want parents to know is that if your child is not logged into Canvas and is working for 240 minutes, they are considered absent for the day. When we do learning packets, if the teacher sends on a packet with Math, Science, Reading, English, Social Students, whatever on Monday and it says Monday, September whatever. When you turn in that packet on Tuesday, and the packet is not completed your child is absent for the day. If Tuesday's, if Wednesday's if Thursday's [lesson] is not completed your child is absent for the day," Hubbard said.

She said a child could not log into Canvas and just have it open. They have to be logged into their classes and doing work.

For more on this story, pick up Thursday, August 2's edition of The Carroll County Conservative.

Read Source



👍 Like          🐦 Share          f Share          ▤ Share

You may also like

**Wife charged with accessory after the fact**

Write a Comment

www.winonatimes.com

Cloud-based CRM Service That Is Completely Scalable & Easy To Use
CARDOGAPP.COM

Learn More

SEARCH

Log in



Serving Carroll and Montgomery Counties

## montgomerypublishing

Publishers of

 

≡ Menu



**WEED BROTHERS BODY SHOP**

Frank Weed, Owner
114 Carrollton St.
Winona • 283-2715

*Since 1954*

WE APPRECIATE YOUR BUSINESS!

**SIGN UP FOR NOTIFICATIONS OF LOCAL BREAKING NEWS**

Start E-mail Notifications     Stop E-mail Notifications

Start Mobile Notifications     Stop Mobile Notifications

# CARROLL COUNTY SCHOOL DISTRICT TO START AUGUST 13

By LaKeadra Coffey, READ MORE > 62 views
On Fri, 07/31/2020 - 12:02 PM

Parents and students in the Carroll County

School District will have another week to

prepare and decide whether they want to send

their child to school face-to-face or virtually.

**SPORTS**

MACC · Area two-year schools to begin season in
October

Mississippi schools have won 15 junior
college football national championships,
including seven of... **READ MORE**

Write a Comment

Chris Rias

Cloud-based CRM Service That Is Completely Scalable & Easy To Use
CARDOGAPP.COM
Learn More

One of the biggest questions that arose from the meeting Thursday night was attendance and how it would be taken with distance learning. According to Assistant Superintendent Wendy Hubbard, the learning management system the district chose, Canvas, notates the time when a student is in Canvas. She said students, whether at home or school, must have 240 minutes of instructional time per week.

Hubbard said she wants parents to understand that even with the learning packets that will be sent out, attendance will still be taken.

"What I want parents to know is that if your child is not logged into Canvas and is working for 240 minutes, they are considered absent for the day. When we do learning packets, if the teacher sends on a packet with Math, Science, Reading, English, Social Students, whatever on Monday and it says Monday, September whatever. When you turn in that packet on



Crossroads Jewelers
122 Summit Street, Winona  |  283-2221

Call us about GREAT RATES on Medicare Supplement plans.
WE CAN HELP YOU WITH
Whole Life        Cancer, Heart Attacks
Term Life         and Stroke
Long-Term Care    Dental/Vision
Critical Illness  and more.
Benny Rigby, Agent

Ask us about our
Lump Sum Cancer Insurance
• Pays a cash benefit directly to you so you can use it however you need.
• Up to $100,000 in coverage.
• Issue ages 18-89
• Affordable rates
Kim Burkett, Agent

Rigby's Insurance Agency
401 Summit Street, Winona  |  662-283-2752
kimburkett@live.com        bennyrig@bellsouth.net

Call us about GREAT RATES on Medicare Supplement plans.
Also, ask us about:
Whole Life
Term Life
Long-Term Care
Critical Illness
Cancer
Heart Attacks and Stroke
Dental/Vision and more.
Rigby's Insurance Agency
401 Summit Street, Winona  |  662-283-2752
kimburkett@live.com        bennyrig@bellsouth.net

ADMISSION IS STILL OPEN!
Winona Christian School provides a Christian-based college preparatory education and SO MUCH MORE.
WINONA CHRISTIAN SCHOOL
662-283-1169  |  www.winonachristian.org

Winona Mini Storage
and
Anticipation Antiques
283-5251
82 Bypass

Write a Comment



"What I want parents to know is that if your child is not logged into Canvas and is working for 240 minutes, they are considered absent for the day. When we do learning packets, if the teacher sends on a packet with Math, Science, Reading, English, Social Students, whatever on Monday and it says Monday, September whatever. When you turn in that packet on Tuesday, and the packet is not completed your child is absent for the day. If Tuesday's, if Wednesday's if Thursday's [lesson] is not completed your child is absent for the day," Hubbard said.

She said a child could not log into Canvas and just have it open. They have to be logged into their classes and doing work.

For more on this story, pick up Thursday, August 2's edition of The Carroll County Conservative.

‹ Previous

0 Comments                    Sort by  Newest ▼

Add a comment...

Facebook Comments plugin

Write a Comment

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-903-548**
**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
October 16, 2020

## Title

    **Title of Work:** County Will Pursue More Virus Aid

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** August 04, 2020
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Emmerich Newspapers, Incorporated
    **Author Created:** text
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Emmerich Newspapers, Incorporated
    246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Rights and Permissions

    **Organization Name:** Wilson Carroll, PLLC
    **Name:** WIlson H Carroll
    **Email:** wilson@wilsoncarroll.com
    **Telephone:** (601)953-6579
    **Address:** 2506 Cherry Street
    Vicksburg, MS 39180 United States

## Certification

**Name:**  Wilson H Carroll
**Date**:  August 07, 2020

Local  **For You**  Coronavirus  Classifieds  Headlines

A deputy turned a routine DUI stop into multiple arrests. Joelle Laguillo-Bernheimer was arrested for driving under the influence; she's ou... Read all

👍 71   💬 6   ⤳   ⋮

## 4 Crucial Things That People Need To Know About Samsung Phones



Samsung makes some of the most popular smartphones out there, but choosing the right...

Den Of Weird

Learn ...

## Aliens and 'reptilians': US viral video doctor's odd beliefs



msn.com - 2d

A Houston physician retweeted by



Jackson Free Press - 50m

Mississippi is suffering from yet another record week of COVID-19 infections as July ends, with Gov. Tate Reeves placing eight more c... Read all

👍 Like   💬 Comment   ⤳   ⋮

🏴 Mississippi

## Carroll County School District to start August 13



winonatimes.com - 3h

Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child... Read all

👍 Like   💬 Comment   ⤳   ⋮

## Incarcerated Bossier Teacher Faces New Child Rape Charges



Highway 98.9 - 2d


Refresh


Following


Inbox


Me

Article 2

And

Copyright Registration







# County will pursue more virus aid

 Greenwood Commonwealth · 14 hours ago

The Leflore County Board of Supervisors discussed applying for
more funding from the Coronavirus Aid, Relief, and Economic
Security (CARES) Act as well as from the Federal Emergency
Management Agency.

Fred Randle, director of the Greenwood-Leflore Emergency
Management Agency, brought information to the board regarding the
two new COVID-19 emergency relief programs. The FEMA
application had no deadline, but the CARES fund forms are due Oct.
15, he said.

The reimbursable expenses through CARES Act funds would include
providing some paid sick/medical leave, covering the cost for
sanitation and social distancing improvements in prisons and jails
and covering unemployment insurance costs.

It would also cover expenses for quarantining people as well as the
pay for those who are working to mitigate COVID-19.

The reimbursable expenses through FEMA would cover the cost of
the disinfection of public facilities, medical facility service and
supplies, establishing temporary medical facilities, emergency
medical transport, communication of health orders and other
technical assistance.

Randle and Leflore County Chancery Clerk Johnny Gary Jr. will
oversee the application process.

Randle also discussed purchasing more technologically advanced
Write a Comment
.......................................................... entering the





Randle and Leflore County Chancery Clerk Johnny Gary Jr. will oversee the application process.

Randle also discussed purchasing more technologically advanced thermometers to take the temperatures of people entering the courthouse. The supervisors asked Randle to come back with more information, saying they would discuss it further at their next meeting on Aug. 10.

Also Monday, the board voted to continue the employee health insurance with provider Morgan White Group, which insures the employees with Blue Cross Blue Shield.

District 3 Supervisor Anjuan Brown said after the meeting that he liked this plan the best of the available options because it kept the deductibles at $500.

Brown also urged employees to take advantage of the county's free medical screenings.

He said such preventive measures could "help the individual, or employee, and certainly down the road could help some medical costs."

• *Contact Adam Bakst at 581-7233 or abakst@gwcommonwealth.com. tter: @AdamBakst_GWCW*

ad Source



Like                                          Dislike

You may also like

Do You Qualify For $144 Back?

Write a Comment

   

Article __3__

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-890-631

**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
August 25, 2020

---

## Title
_____

**Title of Work:** Some School Board Members Waiting to Make Decision on Fall Sports Vote

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** August 04, 2020
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Emmerich Newspapers, Incorporated
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Emmerich Newspapers, Incorporated
246 Briarwood, Ste. 101, Jackson, MS, 39206

## Rights and Permissions
_____

**Organization Name:** Wilson Carroll, PLLC
**Name:** Wilson Carroll
**Email:** wilson@wilsoncarroll.com
**Telephone:** (601)953-6579
**Address:** 2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification
_____

Page 1 of 2

**Name:** Wilson Carroll
**Date:** August 08, 2020

**Correspondence:** Yes

 

←  **Greenwood**



# Some school board members waiting to make decision on fall sports vote

Greenwood Commonwealth · 15 hours ago

The Greenwood Leflore Consolidated School District's top brass thinks it's best for the safety of all to shut down fall sports and activities for its three high schools.

On Tuesday, concerned parents, teachers, coaches and players will find out what the school board thinks during its scheduled meeting. If some of the members of the five-person committee have made up their minds already, they are keeping it to themselves.

Of the three board members reached by phone Monday, all said they are undecided on how they may vote. Dr. Ro'Shaun Bailey shared pretty much the same sentiment of fellow board members Antwoine Williams and Jackie Cooper-Lewis.

"I am waiting to see all the information that the superintendent has to present before I make any decisions," Bailey said. "I know there is a lot of interest on this topic in the community. I have heard from angry parents about the possibility of not playing, and I have heard from people who will be just as upset if we do play.

"It's a tough decision, but in the end, safety of our students must be first."

Last week during a work session, Dr. Mary Brown, superintendent, recommended the cancellation to the board. She told them that following the long list of health guidelines for a safe return to play wasn't "feasible" for the district and that it's just "not safe" to restart

Write a Comment     

 

Last week during a work session, Dr. Mary Brown, superintendent, recommended the cancellation to the board. She told them that following the long list of health guidelines for a safe return to play wasn't "feasible" for the district and that it's just "not safe" to restart sports yet.

The Mississippi High School Activities Association has delayed the start of the 2020 season from Aug. 21 to Sept. 4. Last week, the Greenville Public School District board of trustees voted to cancel all fall middle and high school athletics and activities in a 5-0 vote.

Many public high school programs resumed workouts in June and are forging ahead with plans to play in 2020. But coaches at Greenwood, Amanda Elzy and Leflore County were never cleared by the district to resume workouts once the MHSAA announced·its guidelines for a safe return to play.

Carey Weaver, offensive coordinator at GHS, said last week he supports Brown's recommendation even though he knows it will hurt some kids' chances for athletic scholarships.

"I see both sides, but in the end, we have to make sure everyone is safe first," Weaver said.

Read Source



( 👍 Like )                    ( 😕 Dislike )

You may also like

**Mississippi husband and wife charged in man's murder after rifle found dumped in creek**

Magnolia State Live   👍 3



Write a Comment

   

Article __4__

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**TX 8-890-595**

**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
August 25, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Pillow Grad Enjoys Job in AC Repair |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | August 04, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Emmerich Newspapers, Incorporated |
| **Author Created:** | text, photograph(s) |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Emmerich Newspapers, Incorporated |
| | 246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Wilson Carroll, PLLC |
| **Name:** | Wilson Carroll |
| **Email:** | wilson@wilsoncarroll.com |
| **Telephone:** | (601)953-6579 |
| **Address:** | 2506 Cherry Street |
| | Vicksburg, MS 39180 United States |

## Certification

**Name:**   Wilson Carroll
**Date:**   August 08, 2020

    

← **Greenwood**


*George Carr* OVER 150 PREOWNED VEHICLES

# Pillow grad enjoys job in AC repair

Greenwood Commonwealth · 15 hours ago





Dylan Foster says once you have lived in the Delta, you don't ever want to leave.

"You're going to want to spend your entire life here," said the 23-year-

Write a Comment

  





*George Carr* OVER 150 PREOWNED VEHICLES

Dylan Foster says once you have lived in the Delta, you don't ever want to leave.

"You're going to want to spend your entire life here," said the 23-year-old Greenwood resident.

Foster, who graduated from Pillow Academy in 2016 and Mississippi Delta Community College in 2018, spends his days fixing air conditioning units for people throughout the community through his employer, Harold Floyd Heating and Air.

Foster began working there in 2014 while he was a sophomore in high school.

"I would leave school in the afternoons to go cut metal at work," he said. "I gradually worked my way up to other tasks, and when I graduated from Pillow, I decided to make a career out of the things I had been learning."

Foster began the HVAC program at MDCC in the fall of 2016 and quickly excelled at it.

"I learned a lot while working after school," Foster said, "so once I got ❷ ollege, I knew a lot more than what they expected any freshman know."

Once he graduated from the HVAC program, Foster continued his career at Harold Floyd Heating and Air as a full-time employee. He has been working there for more than six years.

Write a Comment



🖼 🔲 🔲 ...                                                    ⚡ 📶 📶 36% ⚡ 5:18 PM


ⓘ ✕
*George Carr*   OVER 150 PREOWNED VEHICLES

to know."

Once he graduated from the HVAC program, Foster continued his career at Harold Floyd Heating and Air as a full-time employee. He has been working there for more than six years.

A typical day for Foster consists of "going house to house working" as people call in needing assistance with their air conditioning.

"My favorite part of my job is interacting with the customers and meeting new people," he said.

Foster's wife, Lacy, said this is no surprise to her because her husband is such a people person.

Read more ∨



◻ Like                                    ☹ Dislike

You may also like

Meet the Legendary Couple Behind Mississippi's Best BBQ Ribs



Food52

Two facing felony drug charges



times.com ⤷ 1



Body recovered in LeFlore County after Arkansas River drowning



nwahomepage.com ⤷ 7

School to start with hybrid plan



Write a Comment                          ○  ◻    

Article 5

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-890-616

**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
August 25, 2020

## Title

**Title of Work:** City Puts New Water Billing System to Use

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 04, 2020
**Nation of 1st Publication:** United States

## Author

• **Author:** Emmerich Newspapers, Incorporated
**Author Created:** text
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Rights and Permissions

**Organization Name:** Wilson Carroll, PLLC
**Name:** Wilson Carroll
**Email:** wilson@wilsoncarroll.com
**Telephone:** (601)953-6579
**Address:** 2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification

Page 1 of 2

**Name:** Wilson Carroll
**Date**: August 08, 2020

Article _6_

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-890-620**
**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
August 25, 2020

---

## Title
_____

Title of Work: Uptown Mall Wants Downturn in Taxes

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: August 04, 2020
Nation of 1st Publication: United States

## Author
_____

- Author: Emmerich Newspapers, Incorporated
- Author Created: text
- Work made for hire: Yes
- Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Rights and Permissions
_____

Organization Name: Wilson Carroll, PLLC
Name: Wilson Carroll
Email: wilson@wilsoncarroll.com
Telephone: (601)953-6579
Address: 2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification
_____

**Name:**   Wilson Carroll
**Date**:   August 08, 2020



 *George Carr*   OVER 150 PREOWNED VEHICLES

# Uptown mall wants downturn in taxes

Enterprise-Journal · 9 hours ago

Edgewood Mall, soon to be known as Uptown McComb, appealed its county tax rates to Pike County supervisors on Monday.

Mall representative William Ward claimed the property has a $7.5 million value, half of what's on the county tax roll.

He said the property sold in 2017 for less than the county's valuation, and he has an appraisal backing up his figures. Ward said malls are losing money nationwide, and Edgewood is still suffering from the loss of anchor store JC Penney.

Tax Assessor Laurie Allen said the Penney loss was a few years ago and was already factored in to the mall's taxes.

She said she lowered the valuation last year on two mall properties: $1.29 million on one and $395,000 on another.

Allen said she knew of nothing that has happened since January 2019 that would justify lowering the mall's value so drastically.

"I just don't see any logic in decreasing it that much. That's half," she said.

Allen also pointed out plans to rename the mall Uptown McComb, with potentially high-revenue renters such as medical offices.

RockStep Capital of Houston, Texas, bought the shopping center in 2017 and announced the plans last week.

Write a Comment

 **George Carr** OVER 150 PREOWNED VEHICLES

with potentially high-revenue renters such as medical offices.

RockStep Capital of Houston, Texas, bought the shopping center in 2017 and announced the plans last week.

In a related matter, supervisors voted 4-1 to hire Crook Appraisal Consultants to appraise the mall property for $7,500.

Supervisor Tazwell Bowsky opposed, saying the county shouldn't have to pay for the appraisal.

Board attorney Wayne Dowdy said Edgewood typically appeals its tax rate and it's helpful for the county to have its own appraisal, as it has hired Crook to do in the past. Allen said Crook charged $15,000 last year but she negotiated it down since the appraisal appears to be on an annual basis.

In another tax appeal, George Glenn of SW 98/99 LLC, owner of Pineview Apartments on Avenue B Extension, McComb, said he agreed with Allen's valuation but thought it shouldn't include personal property such as desks and computers.

"It's just old furniture and a computer gets replaced once in a blue moon when it dies," Glenn said.

n said the business paid $550 on the personal property last year d she saw no legal authority not to include it.

"We're following the law to a T," she said.

In other business, supervisors:

Write a Comment

  





*GeorgeCarr* OVER 150 PREOWNED VEHICLES

moon when it dies," Glenn said.

Allen said the business paid $550 on the personal property last year and she saw no legal authority not to include it.

"We're following the law to a T," she said.

In other business, supervisors:

• Received the report of the grand jury sworn in January. It returned a total of 135 indictments, no-billed 38 cases and remanded 13 to the file.

• Renewed a software support agreement with Delta Computer Systems for the tax assessor's office at $840 a month, up from $795.

Read more ∨



👍 Like            😕 Dislike

You may also like

Couple charged in murder of missing man back in Mississippi

Magnolia State Live



Teens rewarded after returning lost wallet full of cash to Vicksburg
...er

WLBT



Amite County School District to delay start of school

WJTV.com





Write a Comment

Article _7_

And

Copyright Registration

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-891-074**
**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
August 27, 2020

---

## Title
_____

Title of Work: Virus Hospitalizations Down, But Cases Continue to Surge

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: August 04, 2020
Nation of 1st Publication: United States

## Author
_____

- Author: Emmerich Newspapers, Incorporated
  Author Created: text
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Rights and Permissions
_____

Organization Name: Wilson Carroll, PLLC
Name: Wilson Carroll
Email: wilson@wilsoncarroll.com
Telephone: (601)953-6579
Address: 2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification
_____

Page 1 of 2

**Name:** Wilson Carroll
**Date:** August 08, 2020



# Virus hospitalizations down, but cases continue to surge

Enterprise-Journal - 9 hours ago

Hospitalizations due to COVID-19 are down across the state, health officials identified fewer cases Monday than in recent days and The Claiborne was removed from a state list of long-term care facilities with ongoing coronavirus outbreaks.

Despite the modest suppression over the weekend, the coronavirus continues to tear through communities in Mississippi, endangering the elderly and otherwise immuno-comprimised. Infections among those aged 18-29 continue to define one of the largest public health challenges facing the state.

State Health Officer Dr. Thomas Dobbs said he expects to see a surge in infections once students return to class, with many schools beginning in-person lessons this week.

The Corinth School District opened last Monday and reported its first case of coronavirus on Friday, noting at least 14 other students were directly exposed to the illness.

Amite County School District Supt. Don Cuevas announced over the weekend that students wouldn't return to the classroom until Sept. 8.

District administrators originally collected feedback from parents and guardians and chose to implement a hybrid schedule wherein half the students would attend lessons in person twice a week and the other half would attend on alternate days.

Wednesdays were reserved for sanitizing the campus.

Write a Comment

JOKER   BIRDS OF PREY.   HBO   prime video | CHANNELS

nair the students would attend lessons in person twice a week and the other half would attend on alternate days.

Wednesdays were reserved for sanitizing the campus.

Reeves received reopening plans from every school district last Friday and said he would review them over the weekend before making important announcements about schools at some point this week.

Dobbs said the State Department of Health would recommend that all students and staff wear masks while at school.

Pike County saw a modest increase of 24 infections over the weekend and an additional two deaths, while neighboring Walthall County, experiencing a severe surge in illness, recorded 28 infections and no deaths.

Young people remain the most infected age cohort in Pike County, with 139 people between ages 18-29 falling ill compared to 128 between the ages of 60-69, the group with the second highest number of infections.

The largest surge of infections in Pike County occurred the week of June 27, with about 90 people testing positive for coronavirus. Those numbers decreased slightly the next two weeks.

Pike County is now experiencing a resurgence, with nearly 80 falling ill last week.

Statewide, the recent surge in long-term care infections has slowed. The total was down 33 since Friday with 170 ongoing outbreaks in the state, according to health department data. But Gov. Reeves said

Write a Comment  

34% 5:29 PM

JOKER BIRDS OF PREY HBO prime video | CHANNELS

numbers decreased slightly the next two weeks.

But Pike County is now experiencing a resurgence, with nearly 80 falling ill last week.

Statewide, the recent surge in long-term care infections has slowed. The total was down 33 since Friday with 170 ongoing outbreaks in the state, according to health department data. But Gov. Reeves said last week that he expects those numbers to surge again following the large number of young people who became infected in recent weeks.

Reeves said he expects the pattern of illness among long-term care residents to be the same as in the first wave of infections among that population, which occurred about six weeks after an unprecedented number of young people became infected just after Fourth of July weekend.

And the City of Magnolia will not hold public work sessions until further notice due to the spread of coronavirus.

Read Source







You may also like

Couple charged in murder of missing man back in Mississippi





...ia State Live

Longtime store owner Foster sells business, retires



Daily Leader

Brookhaven man killed in explosion accident



Write a Comment             

Article _8_

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# TX 8-893-938

**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
September 11, 2020

## Title

**Title of Work:**  Citizen Tip Leads to Drug Arrest

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  July 31, 2020
**Nation of 1ˢᵗ Publication:**  United States

## Author

•       **Author:**  Emmerich Newspapers, Incorporated
**Author Created:**  text, photograph(s)
**Work made for hire:**  Yes
**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Limitation of copyright claim

**Material excluded from this claim:**  text, photograph(s)

## Rights and Permissions

**Organization Name:**  Wilson Carroll, PLLC
**Name:**  Wilson Carroll
**Email:**  wilson@wilsoncarroll.com
**Telephone:**  (601)953-6579
**Address:**  2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification

|  |  |
|---|---|
| **Name:** | Wilson Carroll |
| **Date:** | August 08, 2020 |

| | |
|---|---|
| **Correspondence:** | Yes |

 

←  **Clarksdale**

# Citizen tip leads to drug arrest

Clarksdale Press Register · 4 days ago



A tip phoned into Clarksdale Police has prompted the arrest of a woman on illegal drug charges and authorities are continuing to urge you to help them clean up Clarksdale/

Police reports indicate Maruerite Carter, 38, was arrested after a concerned citizen called and made a suspicious person report. Police reported Carter was found to have an illegal controlled substance in her possession.

Carter was charged with a felony possession of a controlled substance and is currently awaiting to appear before a Municipal Court judge to set bond.



**...op Car Burglaries!**

With summertime car burglaries on the rise, the Clarksdale Police Department is asking car owners to help deter auto burglaries by following these three simple tips:

2 Comments



Court judge to set bond.

## Stop Car Burglaries!

With summertime car burglaries on the rise, the Clarksdale Police Department is asking car owners to help deter auto burglaries by following these three simple tips:

**1. LOCK YOUR CAR DOORS!** Most of our car burglaries are done on unlocked cars. Locking your car doors is the most effective way to prevent your vehicle from becoming a target for thieves.

**2. TAKE YOUR STUFF.** Do not leave items of value in your car. If there is nothing of value in plain view, the thief will move onto the next target.

**3. REPORT IT!** If you are a victim of car burglary, even if nothing is stolen, please, report it. By reporting the incident, you could help us solve a crime!

If you observe suspicious activity in your neighborhood like a car driving slow and someone walking next to it lifting door handles or looking into car windows, IMMEDIATELY report it by calling 911. Many criminal cases have been solved because citizens have taken the initiative to call 911 to report the in-progress crime.

Calling the police can make a difference!



Source

🖒 8                                         ☹ Dislike

You may also like

**Coahoma reports three COVID-19 deaths**



2 Comments

   





**CLARKSDALE POLICE DEPARTMENT DRUG ARREST**

## CITIZEN TIP LEADS TO DRUG ARREST

By Special to the Press Register , READ MORE > **3,573 Reads**
On Fri, 07/31/2020 - 11:14 AM

A tip phoned into Clarksdale Police has prompted the arrest of a woman on illegal drug charges and authorities are continuing to urge you to help them clean up Clarksdale/

Police reports indicate Maruerite Carter, 38, was arrested after a concerned citizen called and made a suspicious person report. Police reported Carter was found to have an illegal controlled substance in her possession.

Carter was charged with a felony possession of a controlled substance and is currently awaiting to appear before a

Stop Mobile Notifications



Click Here to Access Our **eEdition**

# ESTATE SALE
## 675 Morgan Road, Alligator, MS 38720

**Saturday, November 14th**
**8:00 a.m. - 5:00 p.m.**

Furniture, Dishes, Gun Cabinets, Tools and Outdoor Equipment.

 Ruleville Police Department
P.O. Box 428
Ruleville, MS 38771
(662) 756-2793
(662) 756-9959 Fax
Chief of Police
Ernie Scarber

Captain
Amos Mitchner

The City of Ruleville is accepting applications for **police officers.** You must be at least 21, possess a high school diploma or GED, possess a valid driver's license, have a good moral character, no convictions for a felony, domestic violence or driving under the influence and able to pass the Mississippi Law Enforcement Officers Training Academy. Full qualifications can be obtained at the Ruleville Police Department.

The City of Ruleville is accepting applications for **police dispatchers.** You must be 21 years of age, possess a high school diploma or GED, have a good moral character, no convictions for a felony, domestic violence and be able to become certified by Mississippi Board of Minimum Standards for Emergency Telecommunications. Full qualifications can be obtained at the Ruleville Police Department.



* * *

SHOP. EAT. ENJOY.
LOCAL



appear before a Municipal Court judge to set bond.

**STOP CAR BURGLARIES!**

With summertime car burglaries on the rise, the Clarksdale Police Department is asking car owners to help deter auto burglaries by following these three simple tips:

**1. LOCK YOUR CAR DOORS!**
Most of our car burglaries are done on unlocked cars. Locking your car doors is the

LOCAL
FOR THE HOLIDAYS
★ ★ ★

FIRST NATIONAL Your Hometown Bank
fnbclarksdale.com   Member FDIC

WROX is the football home of the CATS, COLTS & DAWGS
CLASSIC SOUL RHYTHM & BLUES
WROX
97.5 FM – CLARKSDALE – AM 1450
WWW.WROXRADIO.COM

Hear CLARKSDALE HIGH and MISSISSIPPI STATE on 97.5 FM and AM 1450. Watch LEE ACADEMY play on WROXRadio.com.

Delta Creations
Gifts · Floral · Toys
OPEN HOUSE
November 19th
Gifts, Pottery, T-Shirts, Children Clothing, Flowers, Candles, Furniture, Children Toys and Much More!

Christmas bows & ribbon available for your decorating needs.
Start Your Delta Christmas at Delta Creations!
217 Delta Ave., Clarksdale • 662.902.4431

Federation Towers-Clarksdale
1160 Ritchie Street, Clarksdale, MS 38614
Phone: (662) 624-4880, Fax: (662) 624-4769

**NOW HIRING**

Maintenance Supervisor (Full Time): Must have high school diploma and advance experience in commercial and/or residential maintenance work that includes electrical, plumbing, sheetrock, and general repair knowledge. HVAC experience a plus. Must be able to pass criminal background check and have own transportation with a valid drivers' license and auto insurance.

Maintenance Worker (Full/Part Time): Must have high school diploma and at least one year general maintenance experience. Must be able to pass criminal background check and have own transportation with a valid drivers' license and auto insurance.

Janitor (Part Time): Must have at least one year general janitorial experience. Must be able to use a floor buffer and some maintenance experience is a plus. Must be able to pass criminal background check.

Competitive salary along with medical and life insurance offered for full-time employment.

auto burglaries by following these three simple tips:

**1. LOCK YOUR CAR DOORS!** Most of our car burglaries are done on unlocked cars. Locking your car doors is the most effective way to prevent your vehicle from becoming a target for thieves.

**2. TAKE YOUR STUFF.** Do not leave items of value in your car. If there is nothing of value in plain view, the thief will move onto the next target.

**3. REPORT IT!** If you are a victim of car burglary, even if nothing is stolen, please, report it. By reporting the incident, you could help us solve a crime!



**Santa Calling Moms, Dads & Grands**

Thought you might like to show off those special sweet photos with a Holiday Greeting in the Holiday Greeting • Christmas edition with the area children's letters to Santa and the Business Greeting ads. Publishes December 23rd.



**NOW HIRING**

**Maintenance Supervisor (Full Time):** Must have high school diploma and advance experience in commercial and/or residential maintenance work that includes electrical, plumbing, sheetrock, and general repair knowledge. HVAC experience a plus. Must be able to pass criminal background check and have own transportation with a valid drivers' license and auto insurance.

**Maintenance Worker (Full/Part Time):** Must have high school diploma and at least one year general maintenance experience. Must be able to pass criminal background check and have own transportation with a valid drivers' license and auto insurance.

**Janitor (Part Time):** Must have at least one year general janitorial experience. Must be able to use a floor buffer and some maintenance experience is a plus. Must be able to pass criminal background check.

Competitive salary along with medical and life insurance offered for full-time employment.
Call Lisa Campbell at 662-624-4850 to schedule an interview.

**Clarksdale Press Register**
17,204 likes

**Press Register**
www.pressregister.com

Like Page          Send Message

iate/videos/972384453245071/?sfnsn=mo

257 Views

**Clarksdale Collegiate Public Charter School** was live
Primary School · 2,156 likes · 2h · ⊙

Let's make this Friday the 13th a little better with some celebration!

Like     Comment     Share

**Clarksdale Press Register**
3 hours ago

**WINCHESTER**

**BLACK FRIDAY REBATES**

**BUY ANY NEW MODEL 70 RIFLE & SUPER X4 SHOTGUN**

**GET $75 BACK**

BUY ANY NEW

us solve a crime!



**Santa Calling Moms, Dads & Grands**

Thought you might like to show off those special sweet photos with a Holiday Greeting in the Holiday Greeting • Christmas edition with the area children's letters to Santa and the Business Greeting ads. Publishes December 23rd.

Get in by December 15th!
Bring by Clarksdale Press Register,
Email: bkeller@pressregister.com or mail to
128 East Second Street, Clarksdale, MS 38614
Include name of child and parents or grand parents.

Press Register   Only $25

If you observe suspicious activity in your neighborhood like a car driving slow and someone walking next to it lifting door handles or looking into car windows, IMMEDIATELY report it by calling 911. Many criminal cases have been solved because citizens have taken the initiative to call 911 to report the in-progress crime.

Calling the police can make a difference!

WINCHESTER
BLACK FRIDAY REBATES
BUY ANY NEW MODEL 70 RIFLE or SUPER X4 SHOTGUN
GET $75 BACK
BUY ANY NEW XPR RIFLE or SUPER X PUMP SHOTGUN
GET $50 BACK
NOVEMBER 25 AND NOVEMBER 29, 2020.

Hartley's
Green Head OUTDOORS
826 South State St.
Clarksdale, MS
662-627-7368
Shop online at greenheadoutdoors.com

**OPINION:**

Editorial: Mississippi's new college coaches
Mississippi usually is last in everything, but not this year. The state has to rank No. 1 for its... **READ MORE**

LETTER: Action needed to deal with crisis in nursing homes

FLOYD INGRAM: Politics is a contact sport

Floyd Ingram: Our homeless problem

FLOYD INGRAM: Are you Clarksdale proud?

FLOYD INGRAM: Comet, Earthquake, Plague

*Magpie Gift and Art*

report it by calling 911. Many criminal cases have been solved because citizens have taken the initiative to call 911 to report the in-progress crime.

Calling the police can make a difference!

‹ Previous   Next ›

f Share   Tweet   Pin   t tumblr
Email   Like 0

0 Comments          Sort by  Newest ▾

Add a comment...

Facebook Comments plugin

FLOYD INGRAM: Politics is a contact sport

Floyd Ingram: Our homeless problem

FLOYD INGRAM: Are you Clarksdale proud?

FLOYD INGRAM: Comet, Earthquake, Plague

Magpie Gift and Art
Antiques, Gifts and Decorative Accessories
Christmas Open House
Thursday, November 19th
5:00 p.m. - 7:00 p.m.
Great Gift Ideas
Come See Our New Items!
253 Delta Avenue          662-624-8385

## WEDDINGS & ENGAGEMENT

WEDDING: Hays/Zachary

Weiland / Bosarge engagement announced

ENGAGEMENT: Rodgers/Masterson

Hood / Wilson

Mr. Patrick Lee Clark and Miss Peyton Carole Bell

Peacock and Fowler to wed May 4

Business Market
Want Your Business Included?
Call 662-627-2201
UTILITY TRAILERS
Trailer and Equipment World

## SPORTS

County eliminated in 1st round of playoffs
It was off to the races with 79 points scored in Coahoma County's playoff match with Mantachie... READ MORE



Article 9

And

Copyright Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-893-936

**Effective Date of Registration:**
August 08, 2020
**Registration Decision Date:**
September 11, 2020

## Title
_____

**Title of Work:**   MSU Extension Collecting Unsolicited Seed

## Completion/Publication
_____

**Year of Completion:**   2020
**Date of 1st Publication:**   July 30, 2020
**Nation of 1st Publication:**   United States

## Author
_____

• **Author:**   Emmerich Newspapers, Incorporated
**Author Created:**   text, photograph(s)
**Work made for hire:**   Yes
**Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Emmerich Newspapers, Incorporated
246 Briarwood Drive, Ste. 101, Jackson, MS, 39206, United States

## Limitation of  copyright claim
_____

**Material excluded from this claim:**   text from other sources, photograph(s)

## Rights and Permissions
_____

**Organization Name:**   Wilson Carroll, PLLC
**Name:**   Wilson Carroll
**Email:**   wilson@wilsoncarroll.com
**Telephone:**   (601)953-6579
**Address:**   2506 Cherry Street
Vicksburg, MS 39180 United States

## Certification

**Name:** Wilson Carroll
**Date:** August 08, 2020

**Correspondence:** Yes

   

← **Clarksdale**

# MSU Extension Collecting Unsolicited Seeds

Clarksdale Press Register - 2020.7.30



Mississippi Commissioner of Agriculture and Commerce Andy Gipson announced that residents receiving unsolicited packages of seeds with addresses alleging they are from China, or any foreign country, can now drop off the seeds at the Mississippi State University (MSU) Extension Office located in their county.

"I want to thank MSU Director of Extension Dr. Gary Jackson and the MSU Extension Offices in each county for providing assistance with seed collection during this time. We are continuing to get calls from across the state. We have had 82 reports of these seeds from 45 counties. We ask that the public hold on to the mailing label and place the seeds and packaging in a plastic bag prior to drop off, if possible" said Commissioner Gipson. "The Mississippi Department of Agriculture and Commerce is continuing to work closely with the USDA's Animal and Plant Health Inspection Service on this issue."

While the seeds have Chinese addresses and character writing on them, investigators looking into this say they could have been mailed from inside the United States and could be part of a hoax with a

Write a Comment

   

While the seeds have Chinese addresses and character writing on them, investigators looking into this say they could have been mailed from inside the United States and could be part of a hoax with a political angle.

The seeds so far recovered come in a variety of sizes and colors and authorities are looking to determine what they are. Again the USDA and Extension Service are urging people not to get curious and plant the seed.

Residents in all 50 states have now reported receiving suspicious packages of seeds. The seeds and packaging are not deemed harmful to humans or animals at this time, but should not be thrown in normal trash as they could germinate and grow.

Please call the Coahoma County Extension Service at 662-624-3070 prior to dropping off seeds with Extension personnel at 504 East Second Street, in Clarksdale. Please do not leave the seeds outside or unattended.

If unable to drop off seeds at the local MSU Extension Office, residents can continue to contact the Mississippi Department of Agriculture and Commerce's Bureau of Plant Industry by phoning (662) 325-3390 for further instructions.

For readers outside of Coahoma County, to
w.extension.msstate.edu/county-offices to find an MSU
ension Office near you.

Read Source

( 👍 Like )          ( 😕 Dislike )

You may also like

Write a Comment



# COLLECTING UNSOLICITED SEEDS

By Special to the Press Register , READ MORE > **1,477 Reads**
On Thu, 07/30/2020 - 05:03 PM

Mississippi Commissioner of Agriculture and Commerce Andy Gipson announced that residents receiving unsolicited packages of seeds with addresses alleging they are from China, or any foreign country, can now drop off the seeds at the Mississippi State University (MSU) Extension Office located in their county.

"I want to thank MSU Director of Extension Dr. Gary Jackson and the MSU Extension Offices in each county for providing assistance with seed collection during this time. We are continuing to get calls from across the state. We have had 82 reports of these seeds from 45 counties. We ask that the public hold on to the



Click Here to Access Our eEdition

Nellie May's

CHRISTMAS OPEN HOUSE

November 19, 2020
4:00 p.m. - 7:00 p.m.

Come by and enter to win one of our
$200 gift bags to be given away
every Saturday from
November 21st – December 19th.

*Home Decor, Gifts, Ladies & Men's Apparel*
250 Delta Avenue • Downtown Clarksdale

# Business Market

**Want Your Business Included?**
Call 662-627-2201

## UTILITY TRAILERS
**Trailer and Equipment World
Mid-South's Largest Selection!**

Atv, Cargo,
Equipment &
Goosenecks
Large Selection
3-point Equipment

**SOUTHLAND TRAILERS**
Hwy 6 West • Batesville, MS • 662-563-9428

## 3 MEN MOVING & STORAGE
PACK IT,
STACK IT,

hav

News Break
Ivy League cancels winter sports amid US COVID-19 pandemic surge

the:

counties. We ask that the public hold on to the mailing label and place the seeds and packaging in a plastic bag prior to drop off, if possible" said Commissioner Gipson. "The Mississippi Department of Agriculture and Commerce is continuing to work closely with the USDA's Animal and Plant Health Inspection Service on this issue."

While the seeds have Chinese addresses and character writing on them, investigators looking into this say they could have been mailed from inside the United States and could be part of a hoax with a political angle.

The seeds so far recovered come in a variety of sizes and colors and authorities are looking to determine what they are. Again the USDA and Extension



PACK IT,
STACK IT,
AND MOVE IT ANYWHERE!
OXFORD, MS
662-832-1411 · 662-234-1736

QUINN'S TREE SERVICE
Bucket Truck · Lot Clearing · Pruning
Tree & Stump Removal · Trimming
Professional Climbers · Knuckle Boom Loader
INSURED
Charlton Quinn, Owner
----For Free Price Estimate Call----
Cell: (662) 302-0265

* * *

SHOP. EAT. ENJOY.
LOCAL
FOR THE HOLIDAYS
* * *

FIRST NATIONAL
fnbclarksdale.com  Member FDIC

WINCHESTER
BLACK FRIDAY REBATES
BUY ANY NEW
MODEL 70 RIFLE ®
SUPER X 4 SHOTGUN
GET $75 BACK
BUY ANY NEW
XPR RIFLE ®
SUPER X PUMP SHOTGUN
GET $50 BACK
NOVEMBER 25 AND NOVEMBER 28, 2020.

are looking to determine what they are. Again the USDA and Extension Service are urging people not to get curious and plant the seed.





GET $50 BACK

NOVEMBER 25 AND NOVEMBER 29, 2020.

Green Head
OUTDOORS

826 South State St.
Clarksdale, MS
662-627-7368

Shop online at greenheadoutdoors.com

 

**Ruleville Police Department**
P.O. Box 428
Ruleville, MS 38771
(662) 756-2793
(662) 756-9959 Fax

Chief of Police
Ernie Scarber

Captain
Amos Mitchner

The City of Ruleville is accepting applications for **police officers**. You must be at least 21, possess a high school diploma or GED, possess a valid driver's license, have a good moral character, no convictions for a felony, domestic violence or driving under the influence and able to pass the Mississippi Law Enforcement Officers Training Academy. Full qualifications can be obtained at the Ruleville Police Department.

The City of Ruleville is accepting applications for **police dispatchers**. You must be 21 years of age, possess a high school diploma or GED, have a good moral character, no convictions for a felony, domestic violence and be able to become certified by Mississippi Board of Minimum Standards for Emergency Telecommunications. Full qualifications can be obtained at the Ruleville Police Department.

Residents in all 50 states have now reported receiving suspicious packages of seeds. The seeds and packaging are not deemed harmful to humans or animals at this time, but should not be thrown in normal trash as they could germinate and grow.

Please call the Coahoma County Extension Service at 662-624-3070 prior to dropping off seeds with Extension personnel at



Letters to Santa

Hey Kids! Get into the Christmas spirit and send in your letters to Santa. Each letter will be featured in our special Christmas edition on December 23rd!
Don't forget to include your name and age on the letter.

All letters must be received by December 14th to be printed.

Email to: sandyhite@pressregister.com
Bring or mail letters to address below:

Press Register

be thrown in normal trash as they could germinate and grow.

Please call the Coahoma County Extension Service at 662-624-3070 prior to dropping off seeds with Extension personnel at 504 East Second Street, in Clarksdale. Please do not leave the seeds outside or unattended.

If unable to drop off seeds at the local MSU Extension Office, residents can continue to contact the Mississippi Department of Agriculture and Commerce's Bureau of Plant Industry by phoning (662) 325-3390 for further instructions.

For readers outside of Coahoma County, to www.extension.msstate.edu/county-offices to find an MSU Extension Office near you.





www.extension.msstate.e du/county-offices to find an MSU Extension Office near you.

**Delta Creations**
Gifts · Floral · Toys

**OPEN HOUSE**
**November 19th**

Gifts, Pottery, T-Shirts, Children Clothing, Flowers, Candles, Furniture, Children Toys and Much More!

*Christmas bows & ribbon available for your decorating needs. Start Your Delta Christmas at Delta Creations!*

217 Delta Ave., Clarksdale • 662.902.4431

‹ Previous      Next ›

0 Comments          Sort by   Newest ▾

Add a comment...

Facebook Comments plugin

👍 Like    💬 Comment    ➤ Share

**Clarksdale Press Register**
4 hours ago

**GENERAC**

Prepare for power outages with a Generac home standby generator

SCHEDULE YOUR FREE IN-HOME ASSESSMENT TODAY!
**844-316-8630**

**FREE**
7-Year Extended Warranty*
A $695 Value!
Offer valid August 24, 2020 - December 31, 2020

**Special Financing Available**
Subject to Credit Approval
*Terms & Conditions Apply

**OPINION:**

Editorial: Mississippi's new college coaches

Mississippi usually is last in everything, but not this year. The state has to rank No. 1 for its... READ MORE

LETTER: Action needed to deal with crisis in nursing homes

FLOYD INGRAM: Politics is a contact sport

Floyd Ingram: Our homeless problem

FLOYD INGRAM: Are you Clarksdale proud?

FLOYD INGRAM: Comet, Earthquake, Plague

**Sounds Around Town!**

Welcome to SOUNDS AROUND TOWN — some VIRTUAL and some PUBLIC! Please help us have more music. For PUBLIC shows: Clean up, Socially distance, Wear masks. Note limited attendances. #VisitMSResponsibly.
Definitions for calendar below:
• "VIRTUAL" - Strictly live-streaming; closed to public; watch via LiveFromClarksdale.org (unless noted otherwise below).
• "PUBLIC" - Live, in-person music open to the public (but not live-streamed).
• "PUBLIC/VIRTUAL" - Watch online OR in-person.
Wednesday, 11/11
   - 6pm - PUBLIC - Collective Seed Book Club with "So You Want To Talk About Race" at Collective Seed & Supply (145 Delta Ave.).
   - 6pm - VIRTUAL - Clarksdale Collaborations presents Lucious Spiller w/Jaxx Nuvar live-streaming on Lucci Spiller Facebook page.
Thursday, 11/12
   - 5:30pm - PUBLIC - Open Mic Night at Griot Arts (282 Sunflower Ave.).
   - 2:30pm - VIRTUAL - Lucious Spiller streams live matinee from home (on Lucci Spiller Facebook page).
   - 7pm - VIRTUAL/PUBLIC - Jam Night hosted by Stan Street & Friends at Hambone Gallery (111 E. 2nd St.).

**FISER REALTORS**
627.4126

Whether You're In The Market To Buy Or Sell, Call us Today 662.627.4126

REDUCED PRICE

**116 Dogwood Cove**
Attractive lake house recently remodeled with vault ceiling in family room. Enjoy an afternoon