**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**EMMERICH NEWSPAPERS, INCORPORATED**                              **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO. 3:21-cv-00032-KHJ-MTP**

**PARTICLE MEDIA, INC. d/b/a NEWS BREAK**                          **DEFENDANT**

---

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE**
**SERVICE OF ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS**

---

Please take notice that Karen E. Howell of Brunini, Grantham, Grower & Hewes, PLLC, Post Office Drawer 119, Jackson, Mississippi 39205-0119, this date hereby enters her appearance as counsel for Defendant, Particle Media, Inc. d/b/a News Break.

The undersigned requests that her name be placed on the service matrix and that all motions, notices and pleadings in this matter be served upon her as counsel for Defendant, Particle Media, Inc. d/b/a News Break.

RESPECTFULLY SUBMITTED, this the 2nd day of March, 2021.

                                        **PARTICLE MEDIA, INC. D/B/A NEWS BREAK**

                              By:   */s/ Karen E. Howell*
                                    One of Its Attorneys

OF COUNSEL:

Stephen J. Carmody, Esq. (MSB #9784)
scarmody@brunini.com
Karen E. Howell, Esq. (MSB #102243)
khowell@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone:  (601) 948-3101
Facsimile:   (601) 960-6902

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Wilson H. Carroll, Esquire
WILSON CARROLL, PLLC
2506 Cherry Street
Vicksburg, Mississippi   39180
wilson@wilsoncarroll.com

This the 2nd day of March, 2021.

*/s/  Karen E. Howell*
One of Its Attorneys