UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| EMMERICH NEWSPAPERS, INCORPORATED | PLAINTIFF |
| V. | CAUSE NO. 3:21cv32 KHJ MTP |
| PARTICLE MEDIA, INC. D/B/A NEWS BREAK and JOHN DOES 1 - 10 | DEFENDANT |

**NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO**

**To:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(X) Check as appropriate:

Interrogatories to:
Particle Media, Inc.                              _____X_____

Requests for Production of
Documents to:
Particle Media, Inc.                              _____X_____

Requests for Admissions to:                 _____

Responses to Interrogatories of:           _____

Responses to Requests for
Production of Documents of:                _____

Responses to Requests for
Admissions of:
                                                            _____

     Pursuant to L.U.Cɪv.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| 03/02/2021 | *Wilson H. Carroll* |
|---|---|
| Date | Signature |

|  | Wilson H. Carroll (MSB#5894 |
|---|---|
|  | Typed Name & Bar Number |

OF COUNSEL:
Wilson H. Carroll
WILSON CARROLL, PLLC
2506 CHERRY STREET
VICKSBURG, MS  39180
601-953-6579
wilson@wilsoncarroll.com

## **NOTICE OF SERVICE**

  I, Wilson H. Carroll, hereby certify that I served the foregoing PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION to Defendant PARTICLE MEDIA, INC. simultaneously with service of the summons and complaint.

  So certified, this the 15th day of January, 2021.

                BY:  /s/ Wilson H. Carroll
                WILSON H. CARROLL (MSB#5894)