IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **EMMERICH NEWSPAPERS, INCORPORATED** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 3:21-CV-32 KHJ-MTP** |
| **PARTICLE MEDIA, INC. D/B/A NEWS BREAK and JOHN DOES 1-10** | **DEFENDANT** |

# DECLARATION OF ROBERT MAZZOLA

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

I, Robert Mazzola, state the following:

1. I am over the age of 21 and competent to testify accordingly. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

2. I work for Particle Media, Inc. ("Particle Media") as Legal Counsel.

3. Particle Media designed and developed NewsBreak, a website and application ("app") that provides users with, among other things, a personalized feed of content and information, including local, state-wide, national, and international news and a forum to engage with such content, and provides publishers with tools and platforms to manage the content and connect with users. NewsBreak indexes and links original and third-party news content, making it easier for users to search, browse, and find content of interest and widening publishers' exposure to a broader network of readers. Put simply, NewsBreak helps users discover content without having to undertake voluminous searches by pushing content to the users based on their



**EXHIBIT 1**

indicated preferences and interests. Local, state-wide, national, and international news can be found via user preferences or a search bar on the app.

4. During the period relevant to this lawsuit, users who opened NewsBreak saw a news feed that, for each listed story, presented a headline and/or a thumbnail image and/or the first limited words of the article (sometimes referred to as a "snippet"), all intended to promote the story. As it exists today, the NewsBreak news feed includes only a headline and/or a thumbnail image. Particle Media stopped using snippets for product design reasons unrelated to the issues in this case.

5. When a user clicks on a story listed on the NewsBreak news feed, she views either the full article on NewsBreak, in the case of original content generated by NewsBreak or fully-hosted articles of publishers and creators with whom Particle Media has entered into licensing agreements, or she is taken to the publisher's own website (*i.e.*, the source of the article), with NewsBreak occasionally acting as a web browser.

6. Particle Media has entered into agreements with more than 100 publishers (who operate thousands of websites) allowing Particle Media to display their content in full on NewsBreak.

7. NewsBreak is free to users. Ads and sponsored content appear on NewsBreak on the news feed and in relation to the full articles.

8. Plaintiff is a privately-owned company that owns and operates companies that in turn publish newspapers in Mississippi, Louisiana, and Arkansas and run associated websites. *See* [Doc. 23] at 3. Stories from some of these publications appeared on the NewsBreak news feed in the form of a headline, a thumbnail image and/or the first limited words of the article. *See* There was also a period of time during which, in error, articles from Plaintiff and other non-partner publishers were inadvertently available in full on the NewsBreak app on Android

devices.[1] In those limited instances, users on Android devices were not directed from the news feed to the publishers' websites but rather viewed the full articles within the app. That was not how the app was intended to function, and that is not how the app functions now.

9. Particle Media no longer uses any headlines, photographs, or snippets from any of Plaintiff's websites.

10. Plaintiff registered nine articles with the U.S. Copyright Office: (1) "Carroll County School District to start August 13" (TX0008895928; text); (2) "Citizen tip leads to drug arrest" (TX0008893938; text, photograph); (3) "City puts new water billing system to use" (TX0008890616; text); (4) County will pursue more virus aid (TX0008903548; text); (5) "MSU extension collecting unsolicited seed" (TX0008893936; text, photograph); (6) "Pillow grad enjoys job in AC repair" (TX0008890595; text, photograph); (7) "Some school board members waiting to make decision on fall sports vote" (TX0008890631; text); (8) "Uptown mall wants downturn in taxes" (TX0008890620, text); and (9) "Virus hospitalizations down, but cases continue to surge" (TX0008891074, text) (collectively, the "Registered Works"). Each of these articles appeared on both the NewsBreak news feed and, in some instances, in full text on the NewsBreak app.

11. NewsBreak is a news aggregator that brings to the surface content from a variety of publishers and sources and makes the links to those publishers and sources available to readers through its search functionality and by performing news searching similar to that offered by other aggregators. NewsBreak hosts a broad range of general news content that the general public can search and customize to suit their own needs and preferences. It allows customers to

[1] The error did not affect iOS devices (i.e., iPhones) or the website.

quickly discover content from multiple news sources using a single search or through customization of preferences and viewing options, essentially creating personalized news feeds.

12. When a user launches the NewsBreak app for the first time, NewsBreak determines the user's location and quickly surfaces a news feed of stories relevant to that location, including stories from local publishers, national news organizations, government and official sources, and public domain. The user's experience is similar to that of using Google News, Apple News or an array of other news aggregators. NewsBreak users can also customize their location, follow specific news providers, and choose from among over 120 categories and subcategories of topics, from accidents to pets to religion to women's health. Users also have the option of viewing stories from a long list of trending topics and people. The overall user interface excels at engaging and providing useful information to the user. *Id*. Acting as a search engine, NewsBreak searches data (such as text or a database) for specified information and surfaces content it has gathered from other sites across the internet based on search criteria and/or category filters set by the user.

13. NewsBreak is a publicly available tool to improve access to content across the Internet. As to non-partner publishers, it is designed and operated to improve access to the complete, linked news stories.

14. Exhibit A is a comparison of the text that appeared on the news feed to the text that appeared in the full articles. The information was pulled from the Excel spreadsheet produced to Plaintiffs showing what the snippets would have been on the NewsBreak website (Snippets (03950865).csv) and Particle 1039-40, 1485-86, 4129, 7312-13, 11455, 11593-94, 12191-92, 12193-94, 12321 (attached as Exhibit B). But the snippets on the app would have been even shorter, as demonstrated by the exhibit to Plaintiff's Complaint which shows the snippet for "Carrol County School District to start August 13" as "Parents and students in the Carroll

County School District will have another week to prepare and decide whether they want to send their child…" [Doc. 1-1] at 13.

15. The mobile device users currently constitute more than 90% of NewsBreak's average daily users.

16. NewsBreak drives traffic to the original publishers' websites. In fact, it is near the top in total traffic referral, along with Twitter, Google, Facebook and Google News. The traffic generated by NewsBreak presents an opportunity for news outlets, particularly small publishers, by directing traffic to their websites, often allowing them to reach audiences beyond those they could reach on their own

This the 3rd day of May, 2022.

Robert Mazzola

http://www.enterprise-journal.com/news/article_e365cbf0-d650-11ea-acd8-6b0464d85c51.html

**Snippet**

Uptown mall wants downturn in taxes

Edgewood Mall, soon to be known as Uptown McComb, appealed its county tax rates to Pike County supervisors on Monday. Mall representative William Ward claimed the property has a $7.5 million value, half of what's on the county tax roll. He said the proper

**Full Text**

Edgewood Mall, soon to be known as Uptown McComb, appealed its county tax rates to Pike County supervisors on Monday. Mall representative William Ward claimed the property has a $7.5 million value, half of what's on the county tax roll. He said the property sold in 2017 for less than the county's valuation, and he has an appraisal backing up his figures. Ward said malls are losing money nationwide, and Edgewood is still suffering from the loss of anchor store JC Penney. Tax Assessor Laurie Allen said the Penney loss was a few years ago and was already factored in to the mall's taxes. She said she lowered the valuation last year on two mall properties: $1.29 million on one and $395,000 on another. Allen said she knew of nothing that has happened since January 2019 that would justify lowering the mall's value so drastically. "I just don't see any logic in decreasing it that much. That's half," she said. Allen also pointed out plans to rename the mall Uptown McComb, with potentially high-revenue renters such as medical offices. RockStep Capital of Houston, Texas, bought the shopping center in 2017 and announced the plans last week. In a related matter, supervisors voted 4-1 to hire Crook Appraisal Consultants to appraise the mall property for $7,500. Supervisor Tazwell Bowsky opposed, saying the county shouldn't have to pay for the appraisal. Board attorney Wayne Dowdy said Edgewood typically appeals its tax rate and it's helpful for the county to have its own appraisal, as it has hired Crook to do in the past. Allen said Crook charged $15,000 last year but she negotiated it down since the appraisal appears to be on an annual basis. In another tax appeal, George Glenn of SW 98/99 LLC, owner of Pineview Apartments on Avenue B Extension, McComb, said he agreed with Allen's valuation but thought it shouldn't include personal property such as desks and computers. "It's just old furniture and a computer gets replaced once in a blue moon when it dies," Glenn said. Allen said the business paid $550 on the personal property last year and she saw no legal authority not to include it. "We're following the law to a T," she said. In other business, supervisors: • Received the report of the grand jury sworn in January. It returned a total of 135 indictments, no-billed 38 cases and remanded 13 to the file. • Renewed a software support agreement with Delta Computer Systems for the tax assessor's office at $840 a month, up from $795. • Noted approval of a $3,680 Justice Assistance Grant from the Department of Public Safety. • Agreed to advertise for bids to renovate the county health department building on Presley Boulevard using a $242,000 Mississippi State Department of Health grant. The WIC nutritional program will move there, said county administrator Tami Dangerfield. • Heard concerns from David Williams of Chatawa Road about a junkyard near his house. Supervisors asked county solid waste enforcement officer Richard Coghlan to look at the site.



EXHIBIT
A

https://www.pressregister.com/front-page-slideshow/msu-extension-collecting-unsolicited-chinese-seeds?most_read_source=week

**Snippet**

MSU Extension Collecting Unsolicited Seeds

Mississippi Commissioner of Agriculture and Commerce Andy Gipson announced that residents receiving unsolicited packages of seeds with addresses alleging they are from China, or any foreign country, can now drop off the seeds at the Mississippi State Univ

**Full Text**

Mississippi Commissioner of Agriculture and Commerce Andy Gipson announced that residents receiving unsolicited packages of seeds with addresses alleging they are from China, or any foreign country, can now drop off the seeds at the Mississippi State University (MSU) Extension Office located in their county. “I want to thank MSU Director of Extension Dr. Gary Jackson and the MSU Extension Offices in each county for providing assistance with seed collection during this time. We are continuing to get calls from across the state. We have had 82 reports of these seeds from 45 counties. We ask that the public hold on to the mailing label and place the seeds and packaging in a plastic bag prior to drop off, if possible” said Commissioner Gipson. “The Mississippi Department of Agriculture and Commerce is continuing to work closely with the USDA’s Animal and Plant Health Inspection Service on this issue.” While the seeds have Chinese addresses and character writing on them, investigators looking into this say they could have been mailed from inside the United States and could be part of a hoax with a political angle. The seeds so far recovered come in a variety of sizes and colors and authorities are looking to determine what they are. Again the USDA and Extension Service are urging people not to get curious and plant the seed. Residents in all 50 states have now reported receiving suspicious packages of seeds. The seeds and packaging are not deemed harmful to humans or animals at this time, but should not be thrown in normal trash as they could germinate and grow. Please call the Coahoma County Extension Service at 662-624-3070 prior to dropping off seeds with Extension personnel at 504 East Second Street, in Clarksdale. Please do not leave the seeds outside or unattended. If unable to drop off seeds at the local MSU Extension Office, residents can continue to contact the Mississippi Department of Agriculture and Commerce’s Bureau of Plant Industry by phoning (662) 325-3390 for further instructions. For readers outside of Coahoma County, to www.extension.msstate.edu/county-offices to find an MSU Extension Office near you.

https://www.pressregister.com/front-page-slideshow/citizen-tip-leads-drug-arrest

**Snippet**

Citizen tip leads to drug arrest

A tip phoned into Clarksdale Police has prompted the arrest of a woman on illegal drug charges and authorities are continuing to urge you to help them clean up Clarksdale. Police reports indicate Maruerite Carter, 38, was arrested after a concerned citiz

**Full Article**

A tip phoned into Clarksdale Police has prompted the arrest of a woman on illegal drug charges and authorities are continuing to urge you to help them clean up Clarksdale. Police reports indicate Maruerite Carter, 38, was arrested after a concerned citizen called and made a suspicious person report. Police reported Carter was found to have an illegal controlled substance in her possession. Carter was charged with a felony possession of a controlled substance and is currently awaiting to appear before a Municipal Court judge to set bond. Stop Car Burglaries! With summertime car burglaries on the rise, the Clarksdale Police Department is asking car owners to help deter auto burglaries by following these three simple tips: 1. LOCK YOUR CAR DOORS! Most of our car burglaries are done on unlocked cars. Locking your car doors is the most effective way to prevent your vehicle from becoming a target for thieves. 2. TAKE YOUR STUFF. Do not leave items of value in your car. If there is nothing of value in plain view, the thief will move onto the next target. 3. REPORT IT! If you are a victim of car burglary, even if nothing is stolen, please, report it. By reporting the incident, you could help us solve a crime! If you observe suspicious activity in your neighborhood like a car driving slow and someone walking next to it lifting door handles or looking into car windows, IMMEDIATELY report it by calling 911. Many criminal cases have been solved because citizens have taken the initiative to call 911 to report the in-progress crime. Calling the police can make a difference!

http://www.enterprise-journal.com/news/article_62458a78-d5de-11ea-be45-33ebd1a926c0.html

**Snippet**

Virus hospitalizations down, but cases continue to surge

Hospitalizations due to COVID-19 are down across the state, health officials identified fewer cases Monday than in recent days and The Claiborne was removed from a state list of long-term care facilities with ongoing coronavirus outbreaks. Despite the mod

**Full Text**

Hospitalizations due to COVID-19 are down across the state, health officials identified fewer cases Monday than in recent days and The Claiborne was removed from a state list of long-term care facilities with ongoing coronavirus outbreaks. Despite the modest suppression over the weekend, the coronavirus continues to tear through communities in Mississippi, endangering the elderly and otherwise immuno-comprimised. Infections among those aged 18-29 continue to define one of the largest public health challenges facing the state. State Health Officer Dr. Thomas Dobbs said he expects to see a surge in infections once students return to class, with many schools beginning in-person lessons this week. The Corinth School District opened last Monday and reported its first case of coronavirus on Friday, noting at least 14 other students were directly exposed to the illness. Amite County School District Supt. Don Cuevas announced over the weekend that students wouldn't return to the classroom until Sept. 8. District administrators originally collected feedback from parents and guardians and chose to implement a hybrid schedule wherein half the students would attend lessons in person twice a week and the other half would attend on alternate days. Wednesdays were reserved for sanitizing the campus. Reeves received reopening plans from every school district last Friday and said he would review them over the weekend before making important announcements about schools at some point this week. Dobbs said the State Department of Health would recommend that all students and staff wear masks while at school. Pike County saw a modest increase of 24 infections over the weekend and an additional two deaths, while neighboring Walthall County, experiencing a severe surge in illness, recorded 28 infections and no deaths. Young people remain the most infected age cohort in Pike County, with 139 people between ages 18-29 falling ill compared to 128 between the ages of 60-69, the group with the second highest number of infections. The largest surge of infections in Pike County occurred the week of June 27, with about 90 people testing positive for coronavirus. Those numbers decreased slightly the next two weeks. But Pike County is now experiencing a resurgence, with nearly 80 falling ill last week. Statewide, the recent surge in long-term care infections has slowed. The total was down 33 since Friday with 170 ongoing outbreaks in the state, according to health department data. But Gov. Reeves said last week that he expects those numbers to surge again following the large number of young people who became infected in recent weeks. Reeves said he expects the pattern of illness among long-term care residents to be the same as in the first wave of infections among that population, which occurred about six weeks after an unprecedented number of young people became infected just after Fourth of July weekend. And the City of Magnolia will not hold public work sessions until further notice due to the spread of coronavirus.

https://www.gwcommonwealth.com/news/article_60566988-d5fe-11ea-bdee-2bdf14a624eb.html

**Snippet**

County will pursue more virus aid

The Leflore County Board of Supervisors discussed applying for more funding from the Coronavirus Aid, Relief, and Economic Security (CARES) Act as well as from the Federal Emergency Management Agency. Fred Randle, director of the Greenwood-Leflore Emergen

**Full Text**

The Leflore County Board of Supervisors discussed applying for more funding from the Coronavirus Aid, Relief, and Economic Security (CARES) Act as well as from the Federal Emergency Management Agency. Fred Randle, director of the Greenwood-Leflore Emergency Management Agency, brought information to the board regarding the two new COVID-19 emergency relief programs. The FEMA application had no deadline, but the CARES fund forms are due Oct. 15, he said. The reimbursable expenses through CARES Act funds would include providing some paid sick/medical leave, covering the cost for sanitation and social distancing improvements in prisons and jails and covering unemployment insurance costs. It would also cover expenses for quarantining people as well as the pay for those who are working to mitigate COVID-19. The reimbursable expenses through FEMA would cover the cost of the disinfection of public facilities, medical facility service and supplies, establishing temporary medical facilities, emergency medical transport, communication of health orders and other technical assistance. Randle and Leflore County Chancery Clerk Johnny Gary Jr. will oversee the application process. Randle also discussed purchasing more technologically advanced thermometers to take the temperatures of people entering the courthouse. The supervisors asked Randle to come back with more information, saying they would discuss it further at their next meeting on Aug. 10. Also Monday, the board voted to continue the employee health insurance with provider Morgan White Group, which insures the employees with Blue Cross Blue Shield. District 3 Supervisor Anjuan Brown said after the meeting that he liked this plan the best of the available options because it kept the deductibles at $500. Brown also urged employees to take advantage of the county's free medical screenings. He said such preventive measures could "help the individual, or employee, and certainly down the road could help some medical costs."

http://www.enterprise-journal.com/news/article_8211fdf0-d5de-11ea-a1d0-471a8af992c6.html

**Snippet**

City puts new water billing system to use

McComb officials hope a new water bill system that city officials say will drastically improve services with multiple new functions. The system came at no cost to the city, and only required the approval of the city board to enter the new contract. The ne

**Full Text**

McComb officials hope a new water bill system that city officials say will drastically improve services with multiple new functions. The system came at no cost to the city, and only required the approval of the city board to enter the new contract. The new features include text and email reminders, pay through text, automatic payments and online usage reports. “It will be somewhat like Entergy. You call in, give your account number and you should be able to pay,” said Interim City Administrator Ebony Ross, who previously worked in the water billing department. “It will remember their numbers and contact information, and it will send alerts to their phones.” Ross said the new system should make paying the water bill easier, adding that the paperless billing should eliminate the need to use the dropbox located at city hall. “We are trying to give more options because we’ve been kind of short-handed, so it has been a hassle trying to process mail and money orders as well as trying to stop and take credit cards,” she said. “This will help alleviate having to take credit cards over the phone, and hopefully decrease the amount of money in the dropbox.” The updated system should go live in the next two weeks. Ross said the reason it will take a week or two more is because employees have to be trained on it first. Human Resources Director Donna Davis said the city’s ultimate goal is to keep people safe, noting that these new ways to interact with billing information will cut down on the need to enter city hall, and possibly exposing someone or getting exposed to coronavirus. “Going this route will give the citizens access to their water billing. They don’t have to come in and wait in line,” Davis said. “Due to the outbreak of the pandemic, we wanted to give citizens other options. “A lot of people have smartphones, and it will be easier to get on their phones and pay their bills. I think it will be much a much more efficient and effective system for the citizens and the collection office.”

https://www.gwcommonwealth.com/sports/article_86968154-d5cd-11ea-a444-f39c4b67cd30.html

**Snippet**

Some school board members waiting to make decision on fall sports vote

The Greenwood Leflore Consolidated School District's top brass thinks it's best for the safety of all to shut down fall sports and activities for its three high schools. On Tuesday, concerned parents, teachers, coaches and players will find out what the s

**Full Text**

The Greenwood Leflore Consolidated School District's top brass thinks it's best for the safety of all to shut down fall sports and activities for its three high schools. On Tuesday, concerned parents, teachers, coaches and players will find out what the school board thinks during its scheduled meeting. If some of the members of the five-person committee have made up their minds already, they are keeping it to themselves. Of the three board members reached by phone Monday, all said they are undecided on how they may vote. Dr. Ro'Shaun Bailey shared pretty much the same sentiment of fellow board members Antwoine Williams and Jackie Cooper-Lewis. "I am waiting to see all the information that the superintendent has to present before I make any decisions," Bailey said. "I know there is a lot of interest on this topic in the community. I have heard from angry parents about the possibility of not playing, and I have heard from people who will be just as upset if we do play. "It's a tough decision, but in the end, safety of our students must come first." Last week during a work session, Dr. Mary Brown, superintendent, recommended the cancellation to the board. She told them that following the long list of health guidelines for a safe return to play wasn't "feasible" for the district and that it's just "not safe" to restart sports yet. The Mississippi High School Activities Association has delayed the start of the 2020 season from Aug. 21 to Sept. 4. Last week, the Greenville Public School District board of trustees voted to cancel all fall middle and high school athletics and activities in a 5-0 vote. Many public high school programs resumed workouts in June and are forging ahead with plans to play in 2020. But coaches at Greenwood, Amanda Elzy and Leflore County were never cleared by the district to resume workouts once the MHSAA announced its guidelines for a safe return to play. Carey Weaver, offensive coordinator at GHS, said last week he supports Brown's recommendation even though he knows it will hurt some kids' chances for athletic scholarships. "I see both sides, but in the end, we have to make sure everyone is safe first," Weaver said.

https://www.winonatimes.com/front-page-slideshow-news/carroll-county-school-district-start-august-13

**Snippet**

Carroll County School District to start August 13

Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child to school face-to-face or virtually. The school board approved a proposed new calendar presented by Superintenden

**Full Text**

Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child to school face-to-face or virtually. The school board approved a proposed new calendar presented by Superintendent Jim Ray to delay school until Thursday, August 13. Federal Programs Director Sara Johnson said parents would have until Wednesday, August 5, to complete surveys indicating if they want their child to go traditionally or virtually. Ray said when students return to school, school will let out at 2 p.m. to allow teachers time to plan for distance learning and answer questions from students. He also said masks are now required for all students, teachers, staff, faculty, and visitors. One of the biggest questions that arose from the meeting Thursday night was attendance and how it would be taken with distance learning. According to Assistant Superintendent Wendy Hubbard, the learning management system the district chose, Canvas, notates the time when a student is in Canvas. She said students, whether at home or school, must have 240 minutes of instructional time per week. Hubbard said she wants parents to understand that even with the learning packets that will be sent out, attendance will still be taken. "What I want parents to know is that if your child is not logged into Canvas and is working for 240 minutes, they are considered absent for the day. When we do learning packets, if the teacher sends on a packet with Math, Science, Reading, English, Social Students, whatever on Monday and it says Monday, September whatever. When you turn in that packet on Tuesday, and the packet is not completed your child is absent for the day. If Tuesday's, if Wednesday's if Thursday's [lesson] is not completed your child is absent for the day," Hubbard said. She said a child could not log into Canvas and just have it open. They have to be logged into their classes and doing work. For more on this story, pick up Thursday, August 2's edition of The Carroll County Conservative.

https://www.gwcommonwealth.com/news/article_9d61430c-d5fe-11ea-8a56-572aacab74e8.html

**Snippet**

Pillow grad enjoys job in AC repair

Dylan Foster says once you have lived in the Delta, you don't ever want to leave. "You're going to want to spend your entire life here," said the 23-year-old Greenwood resident. Foster, who graduated from Pillow Academy in 2016 and Mississippi Delta Commu

**Full Text**

Dylan Foster says once you have lived in the Delta, you don't ever want to leave. "You're going to want to spend your entire life here," said the 23-year-old Greenwood resident. Foster, who graduated from Pillow Academy in 2016 and Mississippi Delta Community College in 2018, spends his days fixing air conditioning units for people throughout the community through his employer, Harold Floyd Heating and Air. Foster began working there in 2014 while he was a sophomore in high school. "I would leave school in the afternoons to go cut metal at work," he said. "I gradually worked my way up to other tasks, and when I graduated from Pillow, I decided to make a career out of the things I had been learning." Foster began the HVAC program at MDCC in the fall of 2016 and quickly excelled at it. "I learned a lot while working after school," Foster said, "so once I got to college, I knew a lot more than what they expected any freshman to know." Once he graduated from the HVAC program, Foster continued his career at Harold Floyd Heating and Air as a full-time employee. He has been working there for more than six years. A typical day for Foster consists of "going house to house working" as people call in needing assistance with their air conditioning. "My favorite part of my job is interacting with the customers and meeting new people," he said. Foster's wife, Lacy, said this is no surprise to her because her husband is such a people person. "Dylan never meets a stranger," she said. "He is such a happy person that people can't help but to be happy when he is around." The couple began dating during their eighth grade year at Pillow Academy and wed in December 2019. "We're high school sweethearts," Dylan Foster said. "There's something so cool about growing up with someone." The Fosters have two standard poodles: Bonnie, a 7-year-old rescue, and Bullet, who is almost 2. In his free time, Foster enjoys fishing, taking walks with Lacy and their dogs, and spending time with friends. An avid Mississippi State sports fan, he especially loves watching his Bulldogs play. Foster has been a member of Greenwood Church of God his entire life. He has been running the sound for the services for the past two years and plans to be part of the church's future security team. For Foster, being in Greenwood is special because of his roots. "I love being close to family," Foster said. "That's one thing that makes living here so special."

career he was living in Haight Ashbury studying architecture at Cal-Berkley. He later studied at UCLA. “I loved going to school,” he told a writer in 2007. </p><p>“I love the gathering of the information, creating the seed of what the building is going to look like,” Hindman told Dave Newhouse of the East Bay Times. “Then getting the sense of what it can be from an architectural standpoint and achieving it.” </p><p>Newhouse asked Hindman which pursuit defined him: architecture or football? </p><p>“The greatest sense of inner-satisfaction is derived from the architecture,” Hindman answered. “It’s something I’ve been doing for the longer time. But part of me is being an athlete. I owe football a lot.” </p><p>MississippiToday.org</p></div></body>

0Pl8WrWj https://www.winonatimes.com/front-page-slideshow-news/carroll-county-school-district-start-august-13 Carroll County School District to start August 13 <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=1zgfGB_0Pl8WrWj00" alt="http://image1.hipu.com/image.php?url=1zgfGB_0Pl8WrWj00" width="320" height="195"></figure><p>Parents and students in the Carroll County School District will have another week to prepare and decide whether they want to send their child to school face-to-face or virtually.</p><p>The school board approved a proposed new calendar presented by Superintendent Jim Ray to delay school until Thursday, August 13. Federal Programs Director Sara Johnson said parents would have until Wednesday, August 5, to complete surveys indicating if they want their child to go traditionally or virtually.</p><p>Ray said when students return to school, school will let out at 2 p.m. to allow teachers time to plan for distance learning and answer questions from students. He also said masks are now required for all students, teachers, staff, faculty, and visitors.</p><p>One of the biggest questions that arose from the meeting Thursday night was attendance and how it would be taken with distance learning. According to Assistant Superintendent Wendy Hubbard, the learning management system the district chose, Canvas, notates the time when a student is in Canvas. She said students, whether at home or school, must have 240 minutes of instructional time per week.</p><p>Hubbard said she wants parents to understand that even with the learning packets that will be sent out, attendance will still be taken.</p><p>“What I want parents to know is that if your child is not logged into Canvas and is working for 240 minutes, they are considered absent for the day. When we do learning packets, if the teacher sends on a packet with Math, Science, Reading, English, Social Students, whatever on Monday and it says Monday, September whatever. When you turn in that packet on Tuesday, and the packet is not completed your child is absent for the day. If Tuesday’s, if Wednesday’s if Thursday’s [lesson] is not completed your child is absent for the day,” Hubbard said.</p><p>She said a child could not log into Canvas and just have it open. They have to be logged into their classes and doing work.</p><p>For more on this story, pick up Thursday, August 2’s edition of The Carroll County Conservative.</p></div></body>

0OGc5Zv6 https://www.winonatimes.com/winona-tigers-track-team-opens-seasonWinona Tigers track team opens season <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=14QqUG_0OGc5Zv600" alt="http://image1.hipu.com/image.php?url=14QqUG_0OGc5Zv600" width="320" height="195"></figure><p>The Winona track team opened the 2020 season at the Southaven Relay last Saturday.</p><p>“The main thing was the effort,” said Coach Chris McRae. “I just wanted to see them go out and compete. It was cold, really cold. At least the sun was shining.”</p><p>---</p><p>The content you're trying to view is available for Premium Content Subscribers only. Online subscription options are available and are complimentary to all existing print subscribers of The WINONA TIMES and

0PkzyfNI https://www.columbianprogress.com/news/no-mask-rule-here-yet No mask rule here, yet <div><p>Marion County may be on the verge of going on the mask mandate list issued by Gov. Tate Reeves after being classified as one of 12 high incidence counties stemming from last week’s data. From July 20 through July 26, Marion County had 57 new cases of COVID-19, which equates to 232 cases per 100,000 people. That per capita level was 12% increase from the week prior, which landed it on...</p><p>---</p><p>The content you're trying to view is available for Premium Content Subscribers only. Online subscription options are available and are complimentary to all existing print subscribers of The COLUMBIAN-PROGRESS. </p><p>If you're an existing subscriber (print or digital) and already have your Username and Password, click here: http://columbianprogress.com/user/login</p><p>If you're an existing print subscriber and need to activate your online account, click here: http://columbianprogress.com/existing-subscribers</p><p>If you're not currently a subscriber, click here for more information about our affordable online subscription options: http://columbianprogress.com/subscribe</p></div>

0Pkzylfe https://www.columbianprogress.com/news/columbia-district-lays-out-plans-mitigate-covid-19 Columbia district lays out plans to mitigate COVID-19 <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=1FEm4B_0Pkzylfe00" alt="http://image1.hipu.com/image.php?url=1FEm4B_0Pkzylfe00" width="320" height="195"></figure><p>Classes are set to begin Thursday for Columbia schools after being closed for nearly five months due to the coronavirus pandemic. The school board voted Tuesday to push the start date two days later to Aug. 6 to allow for a little more time for additional sanitation products to arrive and be installed at the schools. The district set guidelines for dealing with the coronavirus. The ...</p><p>---</p><p>The content you're trying to view is available for Premium Content Subscribers only. Online subscription options are available and are complimentary to all existing print subscribers of The COLUMBIAN-PROGRESS. </p><p>If you're an existing subscriber (print or digital) and already have your Username and Password, click here: http://columbianprogress.com/user/login</p><p>If you're an existing print subscriber and need to activate your online account, click here: http://columbianprogress.com/existing-subscribers</p><p>If you're not currently a subscriber, click here for more information about our affordable online subscription options: http://columbianprogress.com/subscribe</p></div></body>

0Pl8DxHo https://www.pressregister.com/front-page-slideshow/citizen-tip-leads-drug-arrest Citizen tip leads to drug arrest <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=3yqeg1_0Pl8DxHo00" alt="http://image1.hipu.com/image.php?url=3yqeg1_0Pl8DxHo00" width="320" height="195"></figure><p>A tip phoned into Clarksdale Police has prompted the arrest of a woman on illegal drug charges and authorities are continuing to urge you to help them clean up Clarksdale/</p><p>Police reports indicate Maruerite Carter, 38, was arrested after a concerned citizen called and made a suspicious person report. Police reported Carter was found to have an illegal controlled substance in her possession.</p><p>Carter was charged with a felony possession of a controlled substance and is currently awaiting to appear before a Municipal Court judge to set bond.</p><p><b>Stop Car Burglaries!</b></p><p>With summertime car burglaries on the rise, the Clarksdale Police Department is asking car owners to help deter auto burglaries by following these three simple tips:</p><p><b>1. LOCK YOUR CAR DOORS!</b> Most of our car burglaries are done on unlocked cars. Locking your car doors is the most effective way to prevent your vehicle from becoming a target for

thieves.</p><p><b>2. TAKE YOUR STUFF.</b> Do not leave items of value in your car. If there is nothing of value in plain view, the thief will move onto the next target.</p><p><b>3. REPORT IT!</b> If you are a victim of car burglary, even if nothing is stolen, please, report it. By reporting the incident, you could help us solve a crime!</p><p>If you observe suspicious activity in your neighborhood like a car driving slow and someone walking next to it lifting door handles or looking into car windows, IMMEDIATELY report it by calling 911. Many criminal cases have been solved because citizens have taken the initiative to call 911 to report the in-progress crime.</p><p>Calling the police can make a difference!</p></div></body>

0Pl8DwP5 https://www.pressregister.com/front-page-slideshow/food-give-away-saturday Food Give-Away is Saturday <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=00qNw9_0Pl8DwP500" alt="http://image1.hipu.com/image.php?url=00qNw9_0Pl8DwP500" width="320" height="195"></figure><p>Friendship AME Church will host a Drive-Thru Food Give Away Saturday from 10 a.m. to 1 p.m. at Pleasant Valley Baptist Church parking lot (1051 Walnut St.).</p><p>Rev. Gwendolyn Pitts said the event is being held in conjunction with Mid-South Food Bank and those seeking a food box will be required to present a photo ID to prove they are a Coahoma County resident.</p><p>Pitts said food distribution will begin promptly at 10 a.m. and asks people to please follow directions of volunteers as they line up.</p><p>There will be a limit of one box and milk per household and the public is asked to please wear a mask.</p></div></body>

0Y0H41nW https://www.gwcommonwealth.com/news/article_a4802d38-3e45-11eb-bbab-53db8ef9d48b.html 22-year-old dies after Sunday morning shooting <div><p>A 22-year-old Carroll County man died from a gunshot wound early Sunday morning following a shooting incident in Greenwood, according to authorities. </p><p>The body of Broderick Tramell Elam was discovered in the passenger seat of a Nissan Altima parked along the levee located behind the Leflore County Health Department’s building on Browning Road, Deputy Police Chief Marvin Hammond said Monday.</p><p>Elam was pronounced dead at the scene.</p><p>Around 2:20 a.m. Sunday, police received several calls about shots fired on Ainsworth Street, Hammond said.</p><p>The shots were reportedly fired from the old railroad track toward the vehicle Elam and another individual were in, according to Hammond.</p><p>At the crime scene, Hammond said police officers recovered 50 shell casings fired from the same gun, an assault-style rifle. Hammond, however, could not say the specific type of assault-style rifle used.</p><p>It wasn’t until a Leflore County deputy made a call to the Police Department later that same morning about a vehicle parked along the levee behind the Health Department building that officers discovered Elam, Hammond said.</p><p>Leflore County Coroner Debra Sanders said she received a call about Elam at 2:46 a.m. Sunday.</p><p>Because Elam received one bullet wound to the back, it’s believed that he was too incapacitated to drive, Hammond said, and thereby someone else drove Elam about a mile from the location where he was shot to where his body was later found.</p><p>As of Monday afternoon, Hammond said police do not know the identity of the driver who was with Elam, the motive for the shooting is unknown and officers have not arrested a suspect.</p><p>Hammond said Elam had an address along County Road 141 in Coila, an unincorporated community in Carroll County.</p><p>Elam’s death marks the 23rd homicide to have occurred in Leflore County this year.</p><p>Those with information about the shooting can call CrimeStoppers at 1-800-222-TIPS(8477).</p><p>• <i>Contact Gerard Edic at 581-7239 or</i> <i>gedic@gwcommonwealth.com</i><i>.</i></p></div>

buddy, Bobby McKlemurry, all of Amite County. Spiers was considering buying the Dynatrak bass rig with 85-hp Yamaha.</p><p>“We saw this guy swimming right out in the middle of the lake,” Jones said, noting the swimmer was not wearing a life vest.</p><p>However, the man did not seem to be in distress, so the boaters didn’t stop.</p><p>As they returned toward shore, they saw law enforcement officers gathering. When they landed, “an officer asked for a ride,” Jones said.</p><p>“He said, ‘We’ve got a guy out in the water, tried to steal a jet ski.’ Joel was driving the boat, so he took the officers out.”</p><p>Spiers took Pike County sheriff’s deputy Chris Hass and Sgt. John Bestoca out to the swimmer, who had climbed onto a buoy.</p><p>Spiers said the swimmer — who turned out to be Dylan Berlin, 27, 4151 Cowart Price Road, Tylertown — was wearing boxer shorts.</p><p>“He wanted his wife,” Spiers said. “He said he wanted to renew his vows. He wasn’t going anywhere until his wife got there.”</p><p>When officers tried to get Berlin to step into the boat, “he said he would kill himself before he let them get to him,” Spiers said.</p><p>“I told him he can commit suicide and his body can go down to the bottom but his soul will live on and will go to either heaven or hell,” Spiers said.</p><p>“I started telling him about the things that happened in my life.” </p><p>Spiers shared some of his own personal tragedies — the loss of a brother in a car wreck and a daughter in a plane crash — as well as his own past brushes with the law.</p><p>He cautioned Berlin against trying to resist the officers, saying an assault charge wasn’t worth it, and told him there was hope no matter how bleak his situation looked now.</p><p>“I told him I just celebrated my 25th anniversary,” Spiers said.</p><p>After about half an hour, Berlin got into the boat without resistance. He was taken to the Pike County Jail, where he was charged with grand larceny and was being held for questioning in other cases, said chief deputy Brad Bellipanni.</p><p>Bellipanni said Berlin had tried to steal a jet ski Saturday morning at the park, but the owner saw him and pulled the boat in with a rope. Berlin then stripped off his clothes and swam out into the lake.</p><p>When Spiers and the officers went to get him, Jones and McKlemurry watched everything from the shore along with a small crowd of park visitors and other lawmen.</p><p>When the boat returned, “The officer told me he (Spiers) was like a real negotiator,” Jones said.</p><p>“I guess I was just trying to help any way I could,” Spiers said. “I’m glad everyone is OK and it turned out with no one getting injured or killed. And give God all the praise and glory for allowing me to help in some small way.”</p><p>Sheriff’s detective Max Adams called Spiers a “good Samaritan” for being willing to help.</p><p>“Mr. Joel was extremely helpful in talking the subject and coming to a peaceful ending,” Adams said.</p><p>He noted that Greg Russel of Walthall County also let wildlife conservation officers use his boat to go out as backup.</p><p>“It was amazing,” Adams said, “It was a good team effort and thankfully it came to a safe conclusion. We’re very grateful.”</p><p>As for the boat? Spiers wound up buying it.</p><p>“After all that, I felt like it was meant to be,” he said.</p></div>

0Pml0xyP http://www.enterprise-journal.com/news/article_8211fdf0-d5de-11ea-a1d0-471a8af992c6.html City puts new water billing system to use <div><p>McComb officials hope a new water bill system that city officials say will drastically improve services with multiple new functions.</p><p>The system came at no cost to the city, and only required the approval of the city board to enter the new contract. The new features include text and email reminders, pay through text, automatic payments and online usage reports.</p><p>“It will be somewhat like Entergy. You call in, give your account number and you should be able to pay,” said Interim City Administrator Ebony Ross, who previously worked in the water billing department. “It will remember their numbers and contact information, and it will send alerts to their phones.”</p><p>Ross said the new system should make paying the water bill easier, adding that the paperless billing should eliminate the need to use the

dropbox located at city hall.</p><p>“We are trying to give more options because we’ve been kind of short-handed, so it has been a hassle trying to process mail and money orders as well as trying to stop and take credit cards,” she said. “This will help alleviate having to take credit cards over the phone, and hopefully decrease the amount of money in the dropbox.”</p><p>The updated system should go live in the next two weeks. Ross said the reason it will take a week or two more is because employees have to be trained on it first.</p><p>Human Resources Director Donna Davis said the city’s ultimate goal is to keep people safe, noting that these new ways to interact with billing information will cut down on the need to enter city hall, and possibly exposing someone or getting exposed to coronavirus.</p><p>“Going this route will give the citizens access to their water billing. They don’t have to come in and wait in line,” Davis said. “Due to the outbreak of the pandemic, we wanted to give citizens other options.</p><p>“A lot of people have smartphones, and it will be easier to get on their phones and pay their bills. I think it will be much a much more efficient and effective system for the citizens and the collection office.”</p></div>

0PlYZdVv http://www.enterprise-journal.com/news/article_2c821fa2-d429-11ea-8cf7-bb8b76deda2f.html Sales tax holiday ends tonight <div><p>Mississippi’s annual back to school sales tax holiday ends Saturday night, giving parents an opportunity to save money on clothes and school supplies.</p><p>The 7% state sales tax is lifted on a long list of items, including school uniforms, pants, sweaters and shirts, coats and jackets, belts and hats, socks and shoes, underwear and backpacks, and school supplies such as pens, pencils, calculators and crayons.</p><p>Mississippi lawmakers created the tax holiday in 2009.</p><p>The list of eligible items was amended in 2019 to remove computers and include items other than clothes, namely important and often mandatory stationary and school supplies.</p><p>In neighboring Tennessee, which shares the tax holiday with Mississippi, the savings extend to restaurants next weekend for the first time.</p><p>Athletic equipment such as football pads and helmets or accessories including wrist watches and bandanas are not included and neither are most electronics.</p><p>The savings applies to all qualifying items priced under $100 and a complete list of eligible items is listed on the website for the Mississippi Department of Revenue.</p><p>Sales over the internet of eligible items are not subject to sales tax if the items are purchased on the sales tax holiday. The same applies to purchases or orders made through the mail or over the phone, as long as the price of the items does not exceed $100. Shipping and handling charges don’t count toward the price of the purchase.</p><p>Coupons that would otherwise reduce the price of an item under $100 don’t count as part of the tax holiday. Shoppers will likely receive the discount but pay the sales tax on the original price of the item before a coupon is applied.</p><p>However, stores might offer incentives for back-to-school shoppers to make purchases by lowering the price of items just barely too expensive to be eligible under tax holiday rules.</p></div>

0YBwPHFq https://www.northsidesun.com/most-recent/jackson-revelers-block-i-55 Jackson revelers block I-55 <body><div><img src="http://image1.hipu.com/image.php?type=_640x390&url=3jA2g0_0YBwPHFq00" alt="http://image1.hipu.com/image.php?url=3jA2g0_0YBwPHFq00" width="320" height="195"><p>An unidentified band of revelers blocked I-55 just north of Lakeland Drive over the New Year's weekend, spinning circles in their vehicles. </p><p>Police said the incident occurred Friday night at 11 p.m. and blocked traffic for an hour. Traffic was so backed up, it prevented police from responding quickly. </p><p>Police said they have been plagued with such incidents. An arrest of a teenager has been made in this particular case. </p></div></body>

alt="http://image1.hipu.com/image.php?url=3k0r7o_0NBQgh8m00" width="320" height="195"></figure><p>The Gentry High School Jobs for Mississippi Student of the Week is Janyia Elmore. The senior Indianola native plans to go into the construction industry after graduating, with a dream job in carpentry. Elmore spends spare time being creative and making things with her hands. She is pictured with JMG instructor and Job Specialist Dr.</p><p>---</p><p>The content you're trying to view is available for Premium Content Subscribers only. Online subscription options are available and are complimentary to all existing print subscribers of The Enterprise-Tocsin. </p><p>If you're an existing subscriber (print or digital) and already have your Username and Password, click here: http://enterprise-tocsin.com/user/login</p><p>If you're an existing print subscriber and need to activate your online account, click here: http://enterprise-tocsin.com/existing-subscribers</p><p>If you're not currently a subscriber, click here for more information about our affordable online subscription options: http://enterprise-tocsin.com/enterprise-tocsin</p></div></body>

0PmaUW60 https://www.gwcommonwealth.com/news/article_60566988-d5fe-11ea-bdee-2bdf14a624eb.html County will pursue more virus aid <div><p>The Leflore County Board of Supervisors discussed applying for more funding from the Coronavirus Aid, Relief, and Economic Security (CARES) Act as well as from the Federal Emergency Management Agency.</p><p>Fred Randle, director of the Greenwood-Leflore Emergency Management Agency, brought information to the board regarding the two new COVID-19 emergency relief programs. The FEMA application had no deadline, but the CARES fund forms are due Oct. 15, he said.</p><p>The reimbursable expenses through CARES Act funds would include providing some paid sick/medical leave, covering the cost for sanitation and social distancing improvements in prisons and jails and covering unemployment insurance costs.</p><p>It would also cover expenses for quarantining people as well as the pay for those who are working to mitigate COVID-19.</p><p>The reimbursable expenses through FEMA would cover the cost of the disinfection of public facilities, medical facility service and supplies, establishing temporary medical facilities, emergency medical transport, communication of health orders and other technical assistance.</p><p>Randle and Leflore County Chancery Clerk Johnny Gary Jr. will oversee the application process.</p><p>Randle also discussed purchasing more technologically advanced thermometers to take the temperatures of people entering the courthouse. The supervisors asked Randle to come back with more information, saying they would discuss it further at their next meeting on Aug. 10.</p><p>Also Monday, the board voted to continue the employee health insurance with provider Morgan White Group, which insures the employees with Blue Cross Blue Shield.</p><p>District 3 Supervisor Anjuan Brown said after the meeting that he liked this plan the best of the available options because it kept the deductibles at $500.</p><p>Brown also urged employees to take advantage of the county’s free medical screenings.</p><p>He said such preventive measures could “help the individual, or employee, and certainly down the road could help some medical costs.”</p><p>• <i>Contact Adam Bakst at 581-7233 or</i> <i>abakst@gwcommonwealth.com</i><i>. Twitter: @AdamBakst_GWCW</i></p></div>

0PnIj6N9 https://www.newtoncountyappeal.com/eight-indicted-sex-crime-investigation Eight indicted in sex crime investigation <body><div><p>Grand jury hears case on yearlong investigation by UPD Eight people have been charged in a possible sex crimes investigation that began over a year ago. On July 14, Newton County’s grand jury held its first meeting since the Covid-19 Pandemic began earlier in the year and returned indictments on the suspects. In June 2019, Union Police Department made a traffic stop that initiated t...</p><img

0Pmy00QS https://www.pressregister.com/front-page-slideshow/msu-extension-collecting-unsolicited-chinese-seeds?most_read_source=week MSU Extension Collecting Unsolicited Seeds <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=2V856P_0Pmy00QS00" alt="http://image1.hipu.com/image.php?url=2V856P_0Pmy00QS00" width="320" height="195"></figure><p>Mississippi Commissioner of Agriculture and Commerce Andy Gipson announced that residents receiving unsolicited packages of seeds with addresses alleging they are from China, or any foreign country, can now drop off the seeds at the Mississippi State University (MSU) Extension Office located in their county.</p><p>“I want to thank MSU Director of Extension Dr. Gary Jackson and the MSU Extension Offices in each county for providing assistance with seed collection during this time. We are continuing to get calls from across the state. We have had 82 reports of these seeds from 45 counties. We ask that the public hold on to the mailing label and place the seeds and packaging in a plastic bag prior to drop off, if possible” said Commissioner Gipson. “The Mississippi Department of Agriculture and Commerce is continuing to work closely with the USDA’s Animal and Plant Health Inspection Service on this issue.”</p><p>While the seeds have Chinese addresses and character writing on them, investigators looking into this say they could have been mailed from inside the United States and could be part of a hoax with a political angle.</p><p>The seeds so far recovered come in a variety of sizes and colors and authorities are looking to determine what they are. Again the USDA and Extension Service are urging people not to get curious and plant the seed.</p><p>Residents in all 50 states have now reported receiving suspicious packages of seeds. The seeds and packaging are not deemed harmful to humans or animals at this time, but should not be thrown in normal trash as they could germinate and grow. </p><p>Please call the Coahoma County Extension Service at 662-624-3070 prior to dropping off seeds with Extension personnel at 504 East Second Street, in Clarksdale. Please do not leave the seeds outside or unattended.</p><p>If unable to drop off seeds at the local MSU Extension Office, residents can continue to contact the Mississippi Department of Agriculture and Commerce’s Bureau of Plant Industry by phoning (662) 325-3390 for further instructions.</p><p>For readers outside of Coahoma County, to www.extension.msstate.edu/county-offices to find an MSU Extension Office near you.</p></div></body>

0PnDtEZ9 https://www.simpsoncounty.ms/obituaries/joe-frank-lee Joe Frank Lee <div><p>Joe Frank Lee, 80, of Mendenhall, passed away on July 29, 2020. He was born July 19, 1940. </p><p>Visitation was held on July 31, 2020, from 9 a.m. until 11 a.m. at Colonial Chapel Funeral Home in Mendenhall. Funeral services were held Friday, July 31, 2020, at 11 a.m. at Colonial Chapel Funeral Home. </p><p>He was preceded in death by his parents, Joe Morris Lee and Emma Mavis Brown Lee; and one son, Joe Darryl Lee. </p><p>Survivors include his wife, Mary Lee; siblings, Jerry Lee, Nina Layton; brother-in-law, Charles Burris (Mary); niece, Vicky Burris; and a host of other family members. </p></div>

0PfDOAr4 http://www.enterprise-journal.com/news/article_63d37b70-cadf-11ea-8198-efb6ec8f65e9.html Virus casualty: Hospital’s Pink Ladies <div><p>COVID-19 has caused another casualty in Pike County.</p><p>The Pink Ladies, volunteers who have provided valuable assistance at Southwest Mississippi Regional Medical Center since it opened in 1969, are no more.</p><p>“It’s a very sad time for us. It’s bittersweet,” said Ellen Brannan, the hospital’s director of clinical and community health education, who was the hospital’s liaison with the volunteers.</p><p>Sadness, disappointment and even a bit of anger have greeted the decision, which hospital officials communicated to volunteers a

Inc., has been doing that for several weeks — visiting communities to hand out free plates of barbecue in exchange for people filling out a survey about their community.</p><p>In addition to asking a person's name and ward they live in, the survey asks the four following questions:</p><p>• How can we make your community a better place to live?</p><p>• What are you afraid of in your community?</p><p>• Do you feel you need more lighting in your community?</p><p>• When was the last time you saw or talked to your board member or councilman?</p><p>"What I'm doing by my surveys, I'm giving them a head start," Weathers said.</p><p>Sandra Chase, vice president of Operation Peace Treaty Inc., said the group has already collected between 300 to 400 surveys.</p><p>After the group visits all the communities, the survey results will be summarized and given to city and county leaders in hopes that they'll use the collected information. "I need awareness, I need help and I need support," including support from elected officials, Weathers said.</p><p>To address continued crime, McAdams said the city intends to install more surveillance cameras throughout the city since they could possibly capture a shooting incident and help identify the shooter.</p><p>City and county leaders met Thursday to discuss safety strategies. McAdams declined to give details about their conversation but added that residents should know there's a team in progress to address the community's needs.</p><p>McAdams also said that more presence from the police as well as residents calling with information about shooting incidents can help create safer environments.</p><p>Ronnie Stevenson, president of the City Council, said that "it's going to take the city, the county and the whole community" to come together and get involved to reduce crime.</p><p>Like McAdams, Stevenson said some of the strategies being considered to implement to curb violence can't be released. He said Greenwood falls under the county's state of emergency and would be eligible for additional outside help. "We're going to do whatever it takes," he said.</p><p>• <i>Contact Gerard Edic at 581-7239 or</i> <i>gedic@gwcommonwealth.com</i><i>.</i></p></div>

0PmaUtCb https://www.gwcommonwealth.com/news/article_9d61430c-d5fe-11ea-8a56-572aacab74e8.html Pillow grad enjoys job in AC repair <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=0FaQwv_0PmaUtCb00" alt="http://image1.hipu.com/image.php?url=0FaQwv_0PmaUtCb00" width="320" height="195"></figure><p>Dylan Foster says once you have lived in the Delta, you don't ever want to leave.</p><p>"You're going to want to spend your entire life here," said the 23-year-old Greenwood resident.</p><p>Foster, who graduated from Pillow Academy in 2016 and Mississippi Delta Community College in 2018, spends his days fixing air conditioning units for people throughout the community through his employer, Harold Floyd Heating and Air.</p><p>Foster began working there in 2014 while he was a sophomore in high school.</p><p>"I would leave school in the afternoons to go cut metal at work," he said. "I gradually worked my way up to other tasks, and when I graduated from Pillow, I decided to make a career out of the things I had been learning."</p><p>Foster began the HVAC program at MDCC in the fall of 2016 and quickly excelled at it.</p><p>"I learned a lot while working after school," Foster said, "so once I got to college, I knew a lot more than what they expected any freshman to know."</p><p>Once he graduated from the HVAC program, Foster continued his career at Harold Floyd Heating and Air as a full-time employee. He has been working there for more than six years.</p><p>A typical day for Foster consists of "going house to house working" as people call in needing assistance with their air conditioning.</p><p>"My favorite part of my job is interacting with the customers and meeting new people," he said.</p><p>Foster's wife, Lacy, said this is no surprise to her because her husband is such a people person.</p><p>"Dylan never meets a stranger," she said. "He is such a happy person that people can't help but to be happy when he is around."</p><p>The couple began dating

during their eighth grade year at Pillow Academy and wed in December 2019.</p><p>“We’re high school sweethearts,” Dylan Foster said. “There’s something so cool about growing up with someone.”</p><p>The Fosters have two standard poodles: Bonnie, a 7-year-old rescue, and Bullet, who is almost 2.</p><p>In his free time, Foster enjoys fishing, taking walks with Lacy and their dogs, and spending time with friends. An avid Mississippi State sports fan, he especially loves watching his Bulldogs play.</p><p>Foster has been a member of Greenwood Church of God his entire life. He has been running the sound for the services for the past two years and plans to be part of the church’s future security team.</p><p>For Foster, being in Greenwood is special because of his roots. “I love being close to family,” Foster said. “That’s one thing that makes living here so special.”</p></div></body>

0NSaeGaC https://www.gwcommonwealth.com/lifestyle/article_73f6848a-1300-11ea-bdc1-7b161349704d.html Parade Day <body><div><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=3K3VPf_0NSaeGaC00" alt="http://image1.hipu.com/image.php?url=3K3VPf_0NSaeGaC00" width="320" height="195"></figure><p>For more than 80 years, the annual Roy Martin Delta Band Festival and Christmas Parade has kicked off the holiday season in Greenwood.</p><p>“We’re looking forward to a great parade day,” said Beth Stevens, executive director of the Greenwood-Leflore County Chamber of Commerce, which organizes the event.</p><p><b>COMING UP</b></p><p><b>What:</b> Roy Martin Delta Band Festival and Christmas Parade</p><p><b>When:</b> 5 p.m. Friday</p><p><b>Where:</b> The parade starts in downtown Greenwood and ends at the intersection of Park Avenue and Grand Boulevard.</p><p><b>Details:</b> The chamber is still accepting parade entries. There is no fee to enter a float in the parade, and entries should be submitted to the chamber by Monday. Forms are available online at greenwoodmschamber.com or at the chamber, 402 U.S. 82 W.</p><p>The parade, held annually on the second Friday after Thanksgiving, will start at 5 p.m., an hour later than in previous years.</p><p>Stevens said Greenwood has had a night Christmas parade in the past. The main reason for the time change, however, is to better accommodate high school bands that are traveling 50 miles or more from outside of Greenwood.</p><p>“A lot of the bands that come from high schools around the state, their schools don’t get out early anymore,” said Stevens.</p><p>She said making a 4 p.m. parade can be a push for those bands.</p><p>“We are trying to give our bands a little more time to get out of school and get here for our parade,” Stevens said.</p><p>Each year, the parade features between 60 and 80 entries, including high school and university bands, themed floats, decorative vehicles, mascots, pageant beauties and walking and performing groups.</p><p>“We have had so many local entries the last two or three years,” said Stevens. “People want to be in the Christmas parade.”</p><p>Stevens said the number of parade floats has been increasing over the past few years.</p><p>“People are just in the spirit, and they love being part of it,” she said. “Our parade has a history. It’s the oldest parade in Mississippi. People love that tradition, and they want to be part of that.”</p><p>Although many entries come in, the chamber actively pursues some, such as bands, mascots and the giant inflatables that are crowd favorites.</p><p>“We always have new inflatables every year. ... We like to keep those a surprise until parade day,” said Stevens, who added that she believes this year’s inflatables will be “crowd-pleasers.”</p><p>The walking mascots will include all of the members of “PAW Patrol,” a popular children’s TV show about the adventures of six rescue dogs, led by a tech-savvy boy named Ryder.</p><p>“The kids should love that,” said Stevens.</p><p>This year’s parade marshal will be the Rev. Kenneth E. Milton Sr., former director of bands at Mississippi Valley State University.</p><img src="http://image1.hipu.com/image.php?type=_640x390&url=2cfaA0_0NSaeGaC00"

developed “this kudzu-covered landscape and the darkness beneath and the evil that may be lurking” into the pages of “Blackwood.”</p><p>But that’s just how Smith works.</p><p>He uses a keen sense of observation of the people, places and issues that surround his daily life in order to craft his fiction.</p><p>It’s featured in “Desperation Road,” which is set in Pike County; “The Fighter,” about a pill-addicted bare-knuckle boxer in the Mississippi Delta; and “Rivers,” set on the Gulf Coast in the post-apocalyptic aftermath of an endless hurricane season.</p><p>“Desperation Road” and “The Fighter” have been optioned for movies. Smith said he’d like to see some of the filming for “Desperation Road” — which begins with a woman and child walking up Interstate 55 to the Fernwood Truck Stop — take place here.</p><p>For Smith, Mississippi is a well of inspiration.</p><p>“When I decided I wanted to write, I knew I needed to come back here. I knew there was an attachment to the place that I knew would serve me emotionally,” he said. “You don’t have to look too far in literary history to find out people have made good use of Mississippi.”</p><p>While a lot of his characters are rough around the edges, he said the goodness in them seeps through their gritty veneer. </p><p>“I think going back to the humanity of it, I think the kindness and the empathy you see in my novels is a portrait of what I see as well,” he said. “I’m influenced by what I see, too, not just what I imagine.”</p><p>Meanwhile, Smith’s star is rising in the literary world.</p><p>Published by Little Brown, he’s received the Transatlantic Review Award, Brick Streets Press Short Story Award, Mississippi Arts Commission Literary Arts Fellowship and the Alabama Arts Council Fellowship Award for Literature.</p><p>“All that daydreaming I did in school back in the day turned out to be a good thing,” he said. “I tried to tell everybody I knew what I was doing.”</p></div></body>

0PmaULdF https://www.gwcommonwealth.com/sports/article_86968154-d5cd-11ea-a444-f39c4b67cd30.html Some school board members waiting to make decision on fall sports vote

<div><p>The Greenwood Leflore Consolidated School District’s top brass thinks it’s best for the safety of all to shut down fall sports and activities for its three high schools.</p><p>On Tuesday, concerned parents, teachers, coaches and players will find out what the school board thinks during its scheduled meeting. If some of the members of the five-person committee have made up their minds already, they are keeping it to themselves.</p><p>Of the three board members reached by phone Monday, all said they are undecided on how they may vote. Dr. Ro’Shaun Bailey shared pretty much the same sentiment of fellow board members Antwoine Williams and Jackie Cooper-Lewis.</p><p>“I am waiting to see all the information that the superintendent has to present before I make any decisions,” Bailey said. “I know there is a lot of interest on this topic in the community. I have heard from angry parents about the possibility of not playing, and I have heard from people who will be just as upset if we do play.</p><p>“It’s a tough decision, but in the end, safety of our students must come first.” </p><p>Last week during a work session, Dr. Mary Brown, superintendent, recommended the cancellation to the board. She told them that following the long list of health guidelines for a safe return to play wasn’t “feasible” for the district and that it’s just “not safe” to restart sports yet.</p><p>The Mississippi High School Activities Association has delayed the start of the 2020 season from Aug. 21 to Sept. 4. Last week, the Greenville Public School District board of trustees voted to cancel all fall middle and high school athletics and activities in a 5-0 vote.</p><p>Many public high school programs resumed workouts in June and are forging ahead with plans to play in 2020. But coaches at Greenwood, Amanda Elzy and Leflore County were never cleared by the district to resume workouts once the MHSAA announced its guidelines for a safe return to play. </p><p>Carey Weaver, offensive coordinator at GHS, said last week he supports Brown’s recommendation even though he knows it will hurt some kids’

chances for athletic scholarships.</p><p>“I see both sides, but in the end, we have to make sure everyone is safe first,” Weaver said.</p></div>

0PmaUjcZ https://www.gwcommonwealth.com/news/article_1cf20798-d5fd-11ea-b000-1335c45e8a85.html Anti-violence groups remain focused <div><p>Two anti-violence groups formed in response to acts of gun violence earlier this summer say they will continue their missions in light of a wave of shooting incidents that occurred last week. </p><p>“Last week was tragic, but it did not deter in any way what our goal or our objective is. As a matter of fact, it only reinvigorated it,” said Basil Mohammed, leader of the anti-violence group Coalition of the Willing.</p><p>Lavoris Weathers, founder of the nonprofit Operation Peace Treaty Inc., said his organization has also continued to move forward.</p><p>Mohammed’s and Weathers’ groups were formed after a wave of reported shooting incidents in June claimed the lives of three men and injured eight others.</p><p>Then last week, Devonyae Miles, a 17-year-old male, died after being shot several times from a passing car while walking July 27 on Browning Road. Two days later, another shooting incident led to the hospitalization of four people, Greenwood authorities said.</p><p>Miles’ death marked the county’s 12th homicide this year, 11 of which were the result of gun violence.</p><p>Mohammed’s and Weathers’ groups each visit different communities on a weekly basis to let residents know that people care about them.</p><p>Mohammed and other community advocates within the group, such as Marcellus Gray, approach each community and talk about the need for peace. They also encourage people to follow the lessons of the 10,000 Fearless program, which teaches conflict resolution and the need to address economic disparities in order to empower people.</p><p>Mohammed said two classes on the lessons of the 10,000 Fearless program have been taught — one in person at the Williams Landing apartment complex on Browning Road and one online via the Zoom platform.</p><p>Mohammed also said that his group has received support from members of the Leflore County Board of Supervisors and Greenwood City Council, who acted on their own accord by visiting these gatherings or providing food.</p><p>Spurred by last week’s shootings, the Board of Supervisors voted to declare a state of emergency, which allows the Sheriff’s Department to use additional outside force to curb gun violence.</p><p>Some residents supported the emergency declaration; others expressed anger and dismay at Greenwood’s elected leadership for not making a statement on the recent wave of gun violence.</p><p>Robert Moore Jr., a teacher in the Greenwood Leflore Consolidated School District and brother of Leflore County Supervisor Reginald Moore, said he’s had numerous conversations with people who expressed frustration with city leadership.</p><p>Moore said the conversations he’s had have all been about the City Council’s alleged inaction.</p><p>Robert Wilson Jr., who organized the city’s Black Lives Matter protest in June, said that although city leaders address various issues within the city, “they aren’t doing anything to address the most pressing issue right now, which is gun violence.”</p><p>“Of course the mayor and City Council can’t stop all gun violence, but we would like them to do something,” Wilson added.</p><p>He said he was disappointed that Mayor Carolyn McAdams had made a statement on her Facebook page in response to Leflore County being added to the governor’s mask mandate list but no statement about gun violence.</p><p>“That’s something that frustrates me,” he said.</p><p>Weathers also said City Council members have not been aggressive enough in dealing with gun violence.</p><p>“I think the city officials should tackle this gun violence in the same way and same angle as they were running for a campaign,” such as by placing signs and walking the streets, Weathers said.</p><p>Weathers acknowledged that it’s difficult to come up with an answer to crime. However, he said, the way to find an answer is to approach various communities, sit down with the residents and hear what they need.</p><p>Weathers’ group, Operation Peace Treaty

every Friday, beginning at 8 a.m. Those interested in participating should call Michele Parker, Scott County Farm Bureau at 601-469-4622 for information applications and fees for displaying goods at The Market.</p><p>From the desk of Jason Hurdle, Ag/4H Agent: Due to COVID-19, MSU Extension is still under restrictions until August 1. Dates are subject to change. Deadline to order Ear Tags (State Fair Hogs and all Market Animals-Monday, August 3rd). Livestock Show Dates: Scott County Livestock Show-September 4&5; Deadline August 21. MS State Fair, Jackson-October 7-18.</p><p>Congratulations to: Brandon Edmondson of Caldonia in Lowndes County on signing a football scholarship with Southwest Community College Bears, Summit, MS. He is the grandson of Frank and Liz Edmondson of Lake.</p><p>Prayers and concern for: Doreen Parkman, James Landon (father of Brandi Costillo, Gary Risher, Faye Pruitt Gray and Elder Odee Akins. </p><p>Sympathy to the families of: Glenda Rhinewalt, Hubert “Buddy” Berry, Dorother Sturgis, Eugene “Bo” Burnham, Alva Glen Horn, William Marcus “Mark” Moore, Helen “Tootie” Harpe Lawrence, William B. Stingley, Morgan Rawls, James Earl “Catfish” Stevenson, John Raymond Skinner and James Gerald Arney, Jr.</p><p>Travelin’, visitin’ and such: Not much travelin’ to report, but wish to offer prayers for travel blessings during the busy holiday over the weekend. Happy and safe Independence Day. God Bless America!</p><p>Sittin’ and thinkin’: Just heard of the resignation of a local pastor serving his church. We hope that the committee has more luck than this report from a former meeting in another congregation.</p><p>As the Personnel Committee works to find God’s person for Youth Minister please consider the following: Youth Minister Search Report - We do not have a happy report to give. We’ve not been able to find a suitable candidate for the church, though we have one promising prospect still. We do appreciate all the suggestions from church members, and we’ve followed up on each one with interviews or calling at least three references. The following is our confidential report on present candidates.</p><p>Adam: Good man, but has problems with his wife.</p><p>Noah: Former pastorate of 120 years with no converts. Prone to unrealistic building projects.</p><p>Abraham: Though the references reported wife-swapping, the facts seem to show he never slept with another man’s wife, but did offer to share his wife with another man.</p><p>Joseph: A big thinker, but a braggart, believes in dream-interpreting, and has a prison record.</p><p>Moses: A modest meek man, but poor communicator, even stuttering at times. Sometimes blows his stack and acts rashly, some say he left an earlier church over a murder charge.</p><p>David: The most promising leader of all until we discovered the affair he had with his neighbor’s wife. </p><p>Solomon: Great preacher but our parsonage would never hold all those wives.</p><p>Elijah: Prone to depression, and collapses under pressure.</p><p>Elisha: Reported to have lived with a single widow while at his former church.</p><p>Hosea: A tender and loving pastor but our people could never handle his wife’s occupation.</p><p>Jeremiah: Emotionally unstable, alarmist, negative, always lamenting things, and reported to have taken a long trip to bury his underwear on the bank of a foreign river.</p><p>Isaiah: On the fringe? Claims to have seen angels in church. Has trouble with his language</p><p>Please Pray for the Personnel Committee as they work.</p></div></body>

0Pml1B56 http://www.enterprise-journal.com/news/article_e365cbf0-d650-11ea-acd8-6b0464d85c51.html Uptown mall wants downturn in taxes <div><p>Edgewood Mall, soon to be known as Uptown McComb, appealed its county tax rates to Pike County supervisors on Monday.</p><p>Mall representative William Ward claimed the property has a $7.5 million value, half of what’s on the county tax roll.</p><p>He said the property sold in 2017 for less than the county’s valuation, and he has an appraisal backing up his figures. Ward said malls are losing money nationwide, and Edgewood is still suffering from the loss of anchor store JC Penney.</p><p>Tax Assessor Laurie Allen said the Penney loss was a few years ago and was already factored in to the mall’s taxes. </p><p>She

said she lowered the valuation last year on two mall properties: $1.29 million on one and $395,000 on another.</p><p>Allen said she knew of nothing that has happened since January 2019 that would justify lowering the mall's value so drastically.</p><p>"I just don't see any logic in decreasing it that much. That's half," she said.</p><p>Allen also pointed out plans to rename the mall Uptown McComb, with potentially high-revenue renters such as medical offices.</p><p>RockStep Capital of Houston, Texas, bought the shopping center in 2017 and announced the plans last week.</p><p>In a related matter, supervisors voted 4-1 to hire Crook Appraisal Consultants to appraise the mall property for $7,500.</p><p>Supervisor Tazwell Bowsky opposed, saying the county shouldn't have to pay for the appraisal.</p><p>Board attorney Wayne Dowdy said Edgewood typically appeals its tax rate and it's helpful for the county to have its own appraisal, as it has hired Crook to do in the past. Allen said Crook charged $15,000 last year but she negotiated it down since the appraisal appears to be on an annual basis.</p><p>In another tax appeal, George Glenn of SW 98/99 LLC, owner of Pineview Apartments on Avenue B Extension, McComb, said he agreed with Allen's valuation but thought it shouldn't include personal property such as desks and computers.</p><p>"It's just old furniture and a computer gets replaced once in a blue moon when it dies," Glenn said.</p><p>Allen said the business paid $550 on the personal property last year and she saw no legal authority not to include it.</p><p>"We're following the law to a T," she said.</p><p>In other business, supervisors:</p><p>• Received the report of the grand jury sworn in January. It returned a total of 135 indictments, no-billed 38 cases and remanded 13 to the file.</p><p>• Renewed a software support agreement with Delta Computer Systems for the tax assessor's office at $840 a month, up from $795.</p><p>• Noted approval of a $3,680 Justice Assistance Grant from the Department of Public Safety.</p><p>• Agreed to advertise for bids to renovate the county health department building on Presley Boulevard using a $242,000 Mississippi State Department of Health grant. The WIC nutritional program will move there, said county administrator Tami Dangerfield.</p><p>• Heard concerns from David Williams of Chatawa Road about a junkyard near his house. Supervisors asked county solid waste enforcement officer Richard Coghlan to look at the site.</p></div>

0PmknZm2 https://www.northsidesun.com/news-breaking-news/mayor-lumumba-signs-executive-order-closing-inside-bar-service-and-continuing MAYOR LUMUMBA SIGNS EXECUTIVE ORDER CLOSING INSIDE BAR SERVICE AND CONTINUING LIMITS ON SOCIAL GATHERINGS

<body><div><figure></figure><p>Jackson, MS) - Tuesday, citing the need for stronger action to stem the rise of COVID-19,</p><p>Mayor Chokwe Antar Lumumba issued an executive order closing bars to indoor guests and</p><p>extending safeguards limiting social gatherings in the City of Jackson. The Third Amended Stay</p><p>Safe Jackson Executive Order also serves to ensure that the City is in compliance with the most</p><p>recent state regulations.</p><p>Key provisions of the executive order include:</p><p>·<b>All bars, nightclubs, lounges, taverns, and private clubs located in the City of Jackson shall close, except to the extent that such establishments may only provide take-out, pick-up, delivery, or drive-through services as allowed by law.</b></p><p>·<b>Bar tops and bar areas IN ALL ESTABLISHMENTS must close to the public, but employees can continue to work behind bar tops and bar areas to make drinks to serve alcohol at tables, or make drinks to serve patrons that pull up in a car or appear curbside.</b></p><p>·<b>Restaurants may continue to offer lawful sale of alcohol and in-house (indoor and outdoor) dining for food services pursuant to the limitations and applicable provisions of the Stay Safe Jackson Executive Order.</b></p><p>·<b>Social gatherings and activities shall be limited to a maximum of 10 participants indoors, and a maximum of 20 participants outdoors. This limitation shall not apply to gatherings in facilities governed by other capacity limitations.</b></p><p>Mayor Lumumba

Commission held a hearing on Wednesday to discuss the topic. </p><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=0OJ5Tk_0XwkhIWL00" alt="http://image1.hipu.com/image.php?url=0OJ5Tk_0XwkhIWL00" width="320" height="195"></figure><p>The Mississippi Department of Education's (MDE) preliminary analysis of public-school enrollment for the 2020-21 school year shows a drop in kindergarteners and spike in homeschoolers have driven the statewide decline in enrollment this year. </p><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=4FUQvS_0XwkhIWL00" alt="http://image1.hipu.com/image.php?url=4FUQvS_0XwkhIWL00" width="320" height="195"></figure><p>Senator Nicole Akins Boyd today was awarded the National Federation of Independent Businesses (NFIB) Guardian Award for her efforts to assist small businesses in surviving the financial devastation suffered due to lost revenue brought on by COVID-19, which has devastated commerce globally. </p><figure><img src="http://image1.hipu.com/image.php?type=_640x390&url=0X9bMw_0XwkhIWL00" alt="http://image1.hipu.com/image.php?url=0X9bMw_0XwkhIWL00" width="320" height="195"></figure><p>With COVID-19 still impacting the nation and world, with no current end in sight, businesses all over are wondering when they will see additional stimulus from the Federal government. </p></div></body>

0XwmRuGb http://www.enterprise-journal.com/news/article_c3435b7a-39b1-11eb-b127-1fc7fe6d9192.html Brothers honor late sister with scholarship <div><p>Fifty-five years after her death, two brothers came together to create a scholarship fund to honor the loss of their sister.</p><p>Ronnie Lindsey of McComb said he and his brother Paul always wanted to do something to honor their sister Peggy, who died in a car accident in 1965 at the age of 15. The bothers had the idea to create a GoFundMe page for a memorial scholarship with a goal of raising $10,000 for 20 years of $500 payouts.</p><p>"I've never done anything like this, and it feels good. It brought up feelings and memories of my sister that were locked away for years," Ronnie Lindsey said. "I truly believe our sister Peggy would be pleased, and she would be very delighted we went this way to memorialize her."</p><p>As of Monday, the brothers have raised more than $4,500 through the fundraiser, with each donating $1,000 themselves.</p><p>"We have accumulated enough to fund six to eight years," Ronnie Lindsey said. "We are hoping for $10,000, and I think we will get there."</p><p>Ronnie Lindsey said he was 19 years old and Paul was 17 when his sister died. He noted that his parents, along with Peggy, were traveling from Tampa, Fla., to Jackson when harsh weather conditions caused the wreck.</p><p>"The car flipped, and there weren't seat belts back then, so Peggy was in the back seat and flew into the dashboard. She died in the hospital from internal injuries," he said. "That tragedy stayed with my parents for the rest of their natural lives."</p><p>Lindsey described his sister as academic-minded, adding that even though she was only in the ninth grade, she was "already starting to figure herself out."</p><p>Those interested in donating to the scholarship can search for Peggy Ann Lindsey Memorial Scholarship online at GoFundMe .com.</p></div>

0PmkbHhg http://www.enterprise-journal.com/news/article_62458a78-d5de-11ea-be45-33ebd1a926c0.html Virus hospitalizations down, but cases continue to surge <div><p>Hospitalizations due to COVID-19 are down across the state, health officials identified fewer cases Monday than in recent days and The Claiborne was removed from a state list of long-term care facilities with ongoing coronavirus outbreaks.</p><p>Despite the modest suppression over the weekend, the coronavirus continues to tear through communities in Mississippi, endangering the elderly

and otherwise immuno-comprimised. Infections among those aged 18-29 continue to define one of the largest public health challenges facing the state.</p><p>State Health Officer Dr. Thomas Dobbs said he expects to see a surge in infections once students return to class, with many schools beginning in-person lessons this week.</p><p>The Corinth School District opened last Monday and reported its first case of coronavirus on Friday, noting at least 14 other students were directly exposed to the illness.</p><p>Amite County School District Supt. Don Cuevas announced over the weekend that students wouldn't return to the classroom until Sept. 8.</p><p>District administrators originally collected feedback from parents and guardians and chose to implement a hybrid schedule wherein half the students would attend lessons in person twice a week and the other half would attend on alternate days.</p><p>Wednesdays were reserved for sanitizing the campus.</p><p>Reeves received reopening plans from every school district last Friday and said he would review them over the weekend before making important announcements about schools at some point this week.</p><p>Dobbs said the State Department of Health would recommend that all students and staff wear masks while at school.</p><p>Pike County saw a modest increase of 24 infections over the weekend and an additional two deaths, while neighboring Walthall County, experiencing a severe surge in illness, recorded 28 infections and no deaths.</p><p>Young people remain the most infected age cohort in Pike County, with 139 people between ages 18-29 falling ill compared to 128 between the ages of 60-69, the group with the second highest number of infections.</p><p>The largest surge of infections in Pike County occurred the week of June 27, with about 90 people testing positive for coronavirus. Those numbers decreased slightly the next two weeks.</p><p>But Pike County is now experiencing a resurgence, with nearly 80 falling ill last week.</p><p>Statewide, the recent surge in long-term care infections has slowed. The total was down 33 since Friday with 170 ongoing outbreaks in the state, according to health department data. But Gov. Reeves said last week that he expects those numbers to surge again following the large number of young people who became infected in recent weeks.</p><p>Reeves said he expects the pattern of illness among long-term care residents to be the same as in the first wave of infections among that population, which occurred about six weeks after an unprecedented number of young people became infected just after Fourth of July weekend.</p><p>And the City of Magnolia will not hold public work sessions until further notice due to the spread of coronavirus.</p></div>

0PmkcjG7 http://www.enterprise-journal.com/news/article_b6dbbcf6-d5de-11ea-b806-035eeb88a1f7.html Hospital makes hires, buys equipment <div><p>Southwest Mississippi Regional Medical Center's board of trustees met last week to discuss purchasing equipment and contracting employees as part of its partnership with the University of Mississippi Medical Center.</p><p>Southwest CEO Charla Rowley said the hires were not out of the ordinary and were meant to help expand the hospital's care coverage.</p><p>"Some of it is contracts to fill in for others. Some are to add additional staff and some were to renew," she said. "Most of it is for physician assistances to help with call coverage (and) to help in our ER in Lawrence County."</p><p>The hospital renewed one employee's contract in radiology, contracted three new part-time physicians who work at UMMC, hired a full-time physician, hired two nurse practitioners and renewed a contract with another nurse practitioner at Lawrence County Hospital, entered an agreement for relocation and tuition expense reimbursement and repayment for a nurse.</p><p>The board also approved provisional staff status with privileges in obstetrics and gynecology for a physician, approved emergency staff status to a physician with privileges of an emergency medicine Class III physician, authorized a consulting staff status for a radiology physician, approved an allied health staff status for a certified registered nurse anesthetist, a surgical assistant and a perfusionist. Trustees also reissued consulting staff status for five