Emmerich Newspapers, Inc.
v.
Particle Media, Inc. D/B/A News Break

UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF MISSISSIPPI
Civil Action No. 3:21cv32 KHJ MTP

**Expert Report of Blake Pembroke Sell**

**November 24, 2021**

EXHIBIT
7



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# TABLE OF CONTENTS


**I. QUALIFICATIONS ..... 4**

**II. COMPENSATION ..... 5**

**III. MATERIALS REVIEWED ..... 5**

**IV. ASSIGNMENT AND SUMMARY OF OPINIONS ..... 6**

**V. CONTENT AGGREGATION AND AGGREGATORS ..... 7**

A. Background ..... 7

B. Birth of Digital News Aggregators ..... 8

C. Types of News Aggregators ..... 9

D. Why Publishers Use Aggregators ..... 9

1. Channel Sales and Partnerships ..... 10

2. Partnerships with News Aggregators ..... 11

3. Revenue from News Aggregators ..... 13

**VI. NEWSBREAK AND THE NEWSBREAK APP ..... 14**

A. The NewsBreak User Experience ..... 14

B. NewsBreak Advertising ..... 15

C. NewsBreak Links to Original Sources ..... 16

D. NewsBreak's Journalistic Reporting ..... 19

**VII. EMMERICH CONTENT AND BUSINESS ..... 20**

A. What is Emmerich Newspapers, Inc.? ..... 21

B. Articles Listed by the Plaintiff In the Amended Complaint ..... 25

C. Emmerich Content Overview ..... 28

**VIII. THE GRIFFITH REPORT ....................................................................................28**

**IX. CONCLUSION....................................................................................................30**

**EXHIBIT A.............................................................................................................33**

**EXHIBIT B.............................................................................................................36**

**EXHIBIT C.............................................................................................................38**

**EXHIBIT D ............................................................................................................39**

**EXHIBIT E.............................................................................................................45**

**EXHIBIT F .............................................................................................................47**

**EXHIBIT G ............................................................................................................48**



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

1. I have been retained to serve as an expert witness for Defendant Particle Media, Inc. ("NewsBreak") in connection with litigation filed against NewsBreak by Plaintiff Emmerich Newspapers, Inc. ("Emmerich" or the "plaintiff") in the United States District Court for the Southern District of Mississippi.

## I. QUALIFICATIONS

2. My professional qualifications are detailed in my resume attached as Exhibit A, which includes my education and relevant work experience in the areas of managing media organizations that produce and license copyrighted content and developing and managing partnerships.
3. As set forth in Exhibit A, I am an independent management consultant, specializing in the media industry and based in New York City. I have worked in the news media since 1977, including senior positions at various media companies. In these positions, and especially since January 2001, I have been directly responsible for the packaging, productizing and licensing of copyright-protected content to media publishers, including the world's largest newspapers, magazines, broadcast and cable television networks, major online portals and other digital publishers both in the United States and internationally. Throughout my career, but particularly in the past 20 years, I have dealt extensively with licensing and copyright issues on a regular basis from the standpoint of business-to-business licensors of content to media organizations.
4. During my more than 30 years in the news industry, I have worked for the largest and most respected news wire services and licensing companies, including The Associated Press, Reuters, Getty Images and United Press International, that license news, photos and video to end publishers. Prior to becoming an independent media consultant, from June 2011 until August 2014, I was Global Head AP Images/Director AP Images Products, the photo licensing and services business of The Associated Press. I have also been employed by various smaller news outlets, including a small community newspaper in Cerritos, California, as well as a suburban daily newspaper, the Pasadena Star-News, owned at the time as part of the Knight-Ridder newspaper chain.
5. As a management consultant, I have worked for multi-million dollar and multi-billion dollar media companies, developing new lines of business, securing business partnerships, leading acquisition negotiations and helping businesses increase their market presence and revenue.
6. From July 2006 to July 2008, I was a Director of Business Development at Getty Images, the world's largest photo licensing business with approximately $1 billion in annual revenue. In that capacity I was responsible for, among other things: (1) evaluating and acquiring numerous media companies; (2) assessing and developing strategic



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

partnerships; (3) managing relationships with strategic partners; (4) valuing the content and other assets of potential partners and acquisition targets; and (5) developing and exploiting new markets and business opportunities.

7. I was a 2012-2013 Sulzberger Fellow at Columbia Journalism School, Columbia University, a program for senior executives from the world's leading media organizations that immerses high ranking news media executives in the use of strategy, innovation, marketing, demographics, journalism values and other critical approaches to help resolve challenges confronting their organizations and create long-term performance and change within their organizations.[1]
8. I earned a Bachelor of Arts degree in journalism from the University of Southern California in 1982 with a broad range of journalism studies, including news and feature writing, investigative reporting, television news writing and production, media law, media ethics.

## II. COMPENSATION

9. My work on this case is being billed at $450 per hour. Payment of my fees is not contingent upon the outcome of this case or the acceptability of my opinions.

## III. MATERIALS REVIEWED

10. In formulating my opinions, I have reviewed the materials set forth in Exhibit B. I have also relied on my own professional experience and judgment in the areas of media business practices, partnership and acquisition strategy and activity, business and content valuation, content creation and licensing and general business development based on more than 30 years of work experience in the news media industry. My work experience has been conducted as an employee of some of the largest and most respected news organizations in the world, as well as an employee of medium and small newspapers, and most recently as a business consultant for media companies with revenues and valuations from the millions to billions of dollars.

[1] Organizations represented among my Columbia Journalism School Sulzberger Program fellows included NBC News, ABC News, The New York Times, The Washington Post, The Christian Science Monitor, The Boston Globe, The San Francisco Chronicle, The Dallas Morning News, ESPN, and executives from media organizations in Germany, Switzerland, the Republic of Georgia and Ireland.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## IV. ASSIGNMENT AND SUMMARY OF OPINIONS

11. I have been asked to examine the plaintiff's content and websites and the defendant's news aggregation business, NewsBreak, and to respond to the report prepared by Greg Griffith on the plaintiff's behalf (the "Griffith Report").
12. Based on my decades of professional experience in the news industry and the materials I have reviewed in connection with this case, as set forth in Exhibit B, I have formulated the following opinions, which are discussed in detail below:

    a. The newspaper business as an industry has been shrinking for many decades, at the same time that television, online, mobile and social media have become the dominant source of news for the large majority of Americans.
    b. In the face of such industry contraction, the traffic generated by news aggregators has presented an opportunity for news outlets, particularly for small publishers, by directing traffic to publisher's websites, often allowing news outlets to reach audiences beyond those the publishers could reach on their own.
    c. The plaintiff mischaracterizes the NewsBreak business. Contrary to the plaintiff's statements in its complaint, NewsBreak offers significant original and licensed content.
    d. The plaintiff overstates the significance of its group of newspapers and the nature of the content they produce, while minimizing the significant contribution NewsBreak plays in directing web traffic to the websites of small publishers, such as those owned by Emmerich. In particular, the plaintiff ignores the benefit to publishers from the fact that NewsBreak drives traffic to original publisher websites from mobile app users, which is a customer segment not served by newspaper websites for those publishers, like the plaintiff, that do not have their own mobile app.
    e. The plaintiff's expert, Mr. Griffith, mischaracterizes NewsBreak's service. It is apparent that contrary to Mr. Griffith's statements in his report, NewsBreak offers users search functionality in addition to performing news searching similar to that offered by other aggregators such as Google News.

13. I reserve the right to supplement or to amend this report and my opinions if additional information affecting my opinions becomes available.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## V. CONTENT AGGREGATION AND AGGREGATORS

### A. Background

14. In my experience during more than 30 years in the news industry, newspapers and people creating printed news stories and photos have always sought ways to increase audience size and geographic reach. Greater audience generally translates into higher revenues, and extended geographic reach garners wider brand recognition, potential acclaim and a possibility of incremental revenue. The strategy of increasing readership and exposure, while lowering content costs, has been going on in the newspaper business long before the arrival of technologies that allow digital content and online publishing.
15. The invention of the telegraph allowed newspapers to share stories across the country. This development spawned the creation and brisk business of newspaper syndicates that shared large volumes of various types of content among publications. In 1913, there were 40 syndicates in operation; by 1931, there were more than 160.[2] Today, many major newspapers and newspaper chains, along with standalone businesses such as King Features, run their own syndication businesses. The Associated Press ("AP") has been sharing news content among almost every daily newspaper in the United States since its founding in 1846.
16. A close look at bylines and credits of any newspaper, from the smallest to the largest, reveals that in essence newspapers are aggregators of content from multiple sources, and in fact, a large percentage of the content in a typical newspaper may not be created by the newspaper or its employees. These external sources of content may include news stories and photos by wire services such as AP or Reuters, comic strips and advice columns from syndicates such as King Features and others, regional news from other newspapers shared within a chain, press releases from schools or companies in the area, announcements from hospitals, funeral parlors and wedding chapels, construction notices from traffic authorities, weather news from public services, and breaking news, features or human interest stories, photos or videos contributed by readers (so-called "user generated content"), among other sources.
17. In the case of small newspapers with a single or tiny staff of reporters, in my experience much of the content published may be created by external content creators without any form of payment, while that content is monetized by the publication in the form of advertising and subscription revenue.

[2] Smithsonian Magazine, October 30, 2019. https://www.smithsonianmag.com/history/how-syndicated-columns-comics-stories-forever-changed-news-media-180973431/



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### B. Birth of Digital News Aggregators

18. Anyone who has clicked the Apple News icon on their iPhones, or who has download the Flipboard or similar apps, or who has opened Google News or Yahoo! News, is familiar with news aggregators and the concept of news aggregation. Americans having a dialup account with America Online in the mid 1990's will remember AOL's news content culled from multiple news sources, which was the first news aggregator made popular by consumers[3]. These companies and many others host content from multiple news sources and organize, curate, filter and prioritize news information into one news platform. News aggregation is similar to news syndication in that content created by multiple news organizations in various locations is collected and made available by another party directly to customers.
19. In years past, generations of news consumers obtained their news, sports and weather from a single news source such as the local newspaper or from a single television station. Since the vast expansion of options offered by the internet and mobile devices, however, the time when readers found all of their news from a single source is over. News aggregators allow customers to quickly discover content from multiple news sources using a single search or through customization of preferences and viewing options, essentially creating personalized news feeds.
20. Using Really Simple Syndication ("RSS") feeds or other technologies, news aggregators collect new content that end users can then select based on their specific interests or needs. This new form of journalism distribution allows users for the first time to have personalized control over the consumption of news and information. This has changed how people read and interact with the news. No longer a passive consumer of news that has been curated for them by editors or publishers, people now have faster access to breaking news and have increased control over the news they consume. News consumers also receive advertising that is more targeted towards them personally because of the methods utilized in the digital space.[4]

[3] While I was at Reuters, a colleague of mine, Andrew Nibley, signed the company's first content partnership agreement with the fledgling AOL, exchanging Reuters content for a percentage of AOL's future subscription growth. At the time, he told me that he was almost fired for it by Reuters executives who failed to foresee the growth of the news aggregation model.

[4] An explanation of how targeted advertising works can be found here: https://edu.gcfglobal.org/en/thenow/what-is-targeted-advertising/1/.

**C. Types of News Aggregators**

21. News aggregators may be differentiated in various ways, including by the breadth of content that they make available, whether specific to a particular genre, such as Techmeme with technology news, or offering a wider array of content. A more useful differentiation, however, is the distinction between aggregators tailored for the general public or for corporations and institutions.
22. LexisNexis is the best known and possibly the largest legal, news and public records aggregator, tailored for business and institutional use. Its business model is to offer content as a subscription service.
23. Apple News, Google News, Flipboard, NewsNow, Newsvine, Fark, SmartNews, Feedly and many others, including NewsBreak, are aggregators designed for the general public. They host a broad range of general news content that users can search and customize to suit their own needs and preferences.

**D. Why Publishers Use Aggregators**

24. In my experience, companies have core competencies in regards to sales and marketing to specific customer segments. For example, a newspaper's executive team may determine that their organization has the staff and knowhow to sell subscriptions within a specified metropolitan area. In my experience, AP determined it has a core competency in selling subscriptions[5] to newspapers and television stations. In both cases, these types of sales within core competencies fall into the category of direct sales.[6]
25. Even for companies with established core sales competencies, these competencies may not extend to all segments of an identified target customer base. For example, a company may penetrate one or a few segments of target customers within a geographic region, or within an age range, race, gender or income bracket, but not other segments. To reach customer segments outside of core sales competencies, in my experience companies often choose to develop partnerships in a channel sales structure.

[5] Since AP is a membership coop of newspapers, technically the AP doesn't sell subscriptions to member newspapers, but rather maintains memberships for a fee based on the circulation size of a newspaper.

[6] Direct sales can be further differentiated by "inbound" or "outbound" sales, "inside" or "outside" sales or other distinctions not necessary to describe in the context of this report.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### 1. Channel Sales and Partnerships

26. Anyone who has shopped online will have observed that companies having their own online sales websites also sell their products through apparent online competitors such as Amazon among others. Nike sells through its own website[7] and through Amazon[8], and also operates 243 of its own Nike retail stores in the United States[9] while selling its products through competing Nordstrom[10] retail stores among many others.
27. Presumably, before making its products available through such competing retailers, Nike's executives asked the question whether or not the net impact of acquiring new customers through these channel sales partnerships with Amazon, Nordstrom and others, and thus losing some customers from their own direct sales retail locations and online website, would result in a net gain or loss in overall revenue. The advantage in this example is that Nike is able to reach a subset of customers who choose to shop at Nordstrom rather than shopping at the Nike retail store; in Seattle the Nike retail store is located 450 feet away from the Nordstrom retail store selling Nike products[11]. a two minute walk away.
28. In the online retail space, Amazon accounts for 50% of all online product searches.[12] Countless companies such as Nike have weighed the impact of losing some revenue from their own sales websites in exchange for the increased sales garnered from the massively trafficked Amazon site.[13]

---

[7] Nike retail website: https://www.nike.com/.

[8] Amazon sells 20,000+ products through Amazon: https://www.amazon.com/s?srs=2530006011.

[9] Nike USA Retail Locations: https://www.nike.com/retail/directory/united-states.

[10] Nike relationship with Nordstrom: https://www.retailwire.com/discussion/nike-says-goodbye-to-more-longtime-wholesale-partners/.

[11] The Nike Store is at 500 Pine St., Seattle, WA. The Nordstrom Store is at 1500 6th Ave., Seattle. Similarly, in New York City the Nike and Nordstom retail stores are closely located.
https://www.google.com/maps/dir/1500+6th+Ave,+Seattle,+WA/500+Pine+St,+Seattle,+WA+98101/@47.612125.9,-122.3376845,17z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x54906ab4e8497147:0x7e2280a836245292!2m2!1d-122.3345988!2d47.611702!1m5!1m1!1s0x54906ab4b6dc365b:0x2e41b8b615e6f88f!2m2!1d-122.3363822!2d47.6124386!3e2.

[12] https://www.digitawise.com/amazon-is-not-your-competitor-it-is-one-of-your-marketing-channels/.

[13] As of November 2021 Amazon averages approximately 2.46 billion total visits per month: https://www.similarweb.com/website/amazon.com/#overview.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

29. Like Nike, in my experience news suppliers and publishers often develop an intricate network of channel sales partnerships to expand audience and sales. I have personally been involved in negotiations and discussions with, and ultimately managed relationships with, hundreds of channel sales partners during my career.

30. In my experience, in each case when considering a potential partnership, the initial question is asked: will this partnership be cannibalistic to our existing revenue? If the answer is no, and even in some cases where the answer is yes[14], the internal discussion about developing a specific partnership extends to the following discussion topics:

- Does this partner reach a customer segment we don't reach and probably won't be able to reach ourselves?
- Is it OK that the partner, rather than we, will have the sales relationship with the customers in this segment, given that this will mean we won't be able to upsell these customers with additional products directly?
- Is the effort expended in developing this partnership worth the time and staff hours required to secure the deal and to develop the technology or managerial support to maintain?[15]
- Will the anticipated initial minimal revenue grow substantially over time?
- Will we learn through this arrangement enough about the new customer segment to consider selling into this segment directly in the future?
- How hard will it be to untangle this relationship if we decide not to proceed after the initial contract term, and will we be able to reacquire any direct customers that might have been lost?

**2. Partnerships with News Aggregators**

31. In the mid 2000's, while I was a director in business development responsible for editorial partnerships and acquisitions at Getty Images, I had discussions with and ultimately developed partnerships with multiple early news aggregators such as

[14] In my experience, companies may choose to develop partnerships that result in an initial net loss in revenue in order to understand a customer segment for future direct sales, to extend brand identity within a new segment, to gather information to develop new core competencies, to test the market for new products, to consider an acquisition of a partner or competing company or for other potential reasons.

[15] This is the so-called "opportunity cost" used by businesses in determining if there are better opportunism in the marketplace on which to allocate limited resources, with the knowledge a company does not have the staff or resources to do everything it might want to do.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Mochilla, Voxant, The News Market, InfoDesk[16] and others. In each case we made the decision that these companies penetrated a customer segment we did not reach directly. These companies packaged our content with editorial content from other suppliers, making their products compelling to customers we would not reach through direct sales.

32. The same decisions are made by news suppliers and publishers today about partnering with news aggregators such as Apple News or NewsBreak. Newspapers are painfully aware that the age groups most valuable to advertisers are also the least likely to ever subscribe to a newspaper. Recent data shows that 94% of people 18-29 years of age do not read a newspaper daily. Among people 18-59 years of age, 55% respond that they never read a newspaper.[17] In contrast, 99% of people age 18-29 report they use the internet[18] and 95% of people within this age group use mobile phones.[19]
33. The adage "fish where the fish are" is a major consideration in news organizations' decisions to partner with news aggregators. Rather than limiting their customer base to potential customers a news organization might reach directly, either in print or through their own websites, these organizations have realized that consumers often choose to use news aggregators as their primary source of news.
34. The data speaks for itself.[20] The largest newspaper in Mississippi, the Clarion-Ledger in Jackson, has approximately 522,000 unique visitors to its website each month[21], and has a paid circulation for its printed newspaper of fewer than 58,000 readers. This customer penetration comes in a metropolitan area with 426,000 residents. By contrast, news aggregator NewsBreak has approximately 12 million unique visitors each month.[22]

---

[16] Some of these companies have since changed their business models or have gone out of existence.

[17] Data from Statista, May 2017. https://www.statista.com/statistics/714189/us-reading-print-newspapers-age-group/,

[18] Data from Statista, April 2021. https://www.statista.com/statistics/266587/percentage-of-internet-users-by-age-groups-in-the-us/.

[19] Data from Statista, April 2021. https://www.statista.com/statistics/489255/percentage-of-us-smartphone-owners-by-age-group/.

[20] To facilitate "apples to apples" comparisons, throughout this report I refer to web traffic data from publicly available sources for NewsBreak, the plaintiff and third party news outlets.

[21] Web traffic data from a leading source SemRush, a comprehensive suite of marketing solutions for online businesses, Oct. 2021: https://www.semrush.com/analytics/traffic/overview/clarionledger.com?searchType=domain.

[22] Web traffic data from a leading source SemRush, Oct. 2021: https://www.semrush.com/analytics/traffic/overview/newsbreak.com?searchType=domain.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### 3. Revenue from News Aggregators

35. In recent years as digital technologies and platforms have grown exponentially, "click bait" has become a commonly used term in our culture. It is generally understood that the more clicks a page gets, the greater the revenue a platform or publication receives for surfacing that content. This revenue is not limited to news stories with salacious headlines. In advertising-supported digital platforms, more readers, more clicks, more page views, more "impressions"[23] generally translates directly into more revenue.
36. Revenue might be derived from news aggregators in a number of ways, including:

    a.) The news aggregator shares a modest percentage of its overall revenue with a publisher;

    b.) The news aggregator shares a percentage of the advertising revenue generated from only a publisher's content;

    c.) The publisher receives no revenue from the news aggregator directly, but generates increased revenue on its own site from the referral traffic – for instance, when clicking on the "read more" link directs the reader back to the content publisher's original hosting site; or

    d.) A publisher receives a flat or tiered licensing fee that allows the news aggregator to host the content.

37. I have been personally involved in discussions, negotiations and/or managing each of these types of situations. In every situation, the revenue gains were incremental to existing revenue. Revenue derived from each individual click or user from online advertising is miniscule, but adds up the aggregate.
38. There are multiple ways advertising revenue might be generated or calculated.[24] A platform might generate as much as $5-15 for 1,000 clicks to a page or piece of content, or it could generate far less, particularly if the ads are purchased through an advertising network such as Google AdSense that takes a significant percentage, 30-50% of the revenue.[25]

---

[23] An impression is counted each time an ad is shown on a search result page.

[24] A source for an overview of online advertising revenue is available here: https://smartyads.com/blog/how-much-do-you-make-from-ads/.

[25] Google AdSense reportedly takes 32% of publisher's advertising revenue: https://www.publift.com/blog/the-best-cpm-ad-network-for-publishers.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

39. There are many factors that determine how much revenue is received, above and below the $5-15 range, including customer demographics, the type and section of the publication, the type of content the advertisement is associated with, whether the advertiser is paying for actual clicks on the ad or pages it is shown on, the size of the advertisement, how the digital advertisement is bundled with a companion advertisement in the print edition, and other factors.
40. In my experience, online advertising is a volume business in which meaningful revenue is achieved at large scale with an abundance of content and traffic.

## VI. NEWSBREAK AND THE NEWSBREAK APP

41. NewsBreak, in both its web version and mobile version, is a classic news aggregator. Upon launching for the first time, both versions of NewsBreak determine the location of the user and quickly surface local news from the user's location. Clicking through various categories of news, such as sports, education, business and many others, the user scrolls through a seemingly endless selection of news from a vast array of news sources including local publishers, national news organizations, government and official sources and public domain content. This is a similar experience to using Google News, Apple News or an array of other news aggregators.
Both versions (mobile and web) use the user interface feature known as "infinite scroll" in which the user scrolls down the list of stories and the stories keep continuously loading, presumably not infinitely but until the user finds the desired stories or gets tired of scrolling. The infinite scroll feature is distinct from the interface concept of "paging" in which the user is presented with multiple pages of results and has to click a forward or next arrow to advance to the next group of stories.

### A. The NewsBreak User Experience

42. The ability to easily discover news content is a core feature of the NewsBreak web and mobile platforms. After initially being served with a variety of local news, the user can customize their location, can follow specific news providers, or can choose from among over 120 categories and subcategories of topics from accidents to pets to religion to women's health.
43. The user is also presented an option to view stories from a long list of trending topics and trending people. For example, by clicking "Neil Cavuto" from among the Trending People list, the user is presented in the infinite scroll a continuous list of stories about and mentioning Neil Cavuto who was in the news relating to COVID. This continuous scroll of Neil Cavuto-related stories subsequently surfaces a new list of people related to Neil Cavuto, a bio of Neil Cavuto, and suggested topics related to Neil Cavuto. The



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

overall user interface excels at engagement and providing useful information to the user.

44. Most useful is a search bar that appears in both the web and mobile versions that allows the user to search across its vast array of news sources for news, people, topics, channels and locations. I note that Emmerich incorrectly states in the Amended Complaint in Paragraph 23 "*News Break does not prominently display a query or search feature*" although, at the time of my review, this feature is clearly visible in both versions.



[26]

45. While typing, the search bar reveals a dropdown window returning contextual results that the user can choose among.
46. The search capability and returned results makes NewsBreak a highly useable platform for news discovery and engagement by any consumer of news information.

**B. NewsBreak Advertising**

47. Using the infinite scroll on the web version of NewsBreak, at the time of my review, it was immediately clear that there was no advertising whatsoever on the page or among the infinitely scrolling articles. This contradicts the statement in Paragraph 19 of the Amended Complaint that states: "*As the user scrolls down he is presented (along with portions of the local news stories) with a steady stream of paid ads or sponsored content. This is how Particle Media makes its money. Upon information and belief, these ads and paid content are tailored to the reader's profile…*"
48. Only on the mobile app version of NewsBreak[27] do ads appear with the list of stories, and these ads are not a "steady stream" but rather a few ads that are interspersed with the stories. Clicking on any new category such as "Headlines," the user sees a new list of

[26] Screenshot of the search bar in the mobile version of NewsBreak.

[27] The iOS version of the NewsBreak app for iPhone and iPad was examined for the purposes of this report. It is my understanding, based on discussions with NewsBreak, that the iPad version of the NewsBreak app does not currently have a search bar due to priorities in technical developments. It also is my understanding, based on those discussions, that less than 4% of NewsBreak traffic is generated from iPad users.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

stories and a few ads among the list of stories. In no case did I observe more than three among the hundreds of stories visible in the infinite scroll. This also contradicts Emmerich's statement in the Amended Complaint. By way of contrast, every third or fourth item when scrolling on Facebook is an advertisement. This is not the design or user experience that is provided when using NewsBreak.

49. I also observed at the time of my review that when clicking a headline to read details of the article on the web version, that advertising appears with only some of the articles and not others. It is my understanding, based on discussions with NewsBreak personnel, that NewsBreak only places advertising with articles from publishers with which it has a partnership agreement.

**C. NewsBreak Links to Original Sources**

50. NewsBreak contains a mix of news content from more than a hundred news organization partners publishing more than a thousand news sites, as well as non-partnered content. In the case of partnered content, NewsBreak shows the full story when the user clicks a story to read from among the stories in the infinite scroll. In the case of non-partnered content, at the time of my review, on the mobile version of NewsBreak when the user clicks a headline they are immediately sent to the original publisher's website to read the article. On the web version of NewsBreak, at the time of my review each non-partnered article contained a snippet of the text containing 50 words maximum, or less than 20% of the total words of the original article, as well as a clearly visible link to the original story, as shown below:


State recommends denial of Isle of Wight hospital

By Stephen Faleski

smithfieldtimes.com 20 hours ago

A Virginia Department of Health staff report recommends Riverside Health System's proposed 50-bed Isle of Wight County hospital be denied a state certificate of public need. The VDH issued its report on Oct. 19, six days after holding a virtual public hearing on the matter. Since 1973, Virginia has utilized...

www.smithfieldtimes.com



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

51. On the web version of NewsBreak, at the time of my review, clicking the link to the original source (*www.smithfieldtimes.com*), the user quickly sees the full story on the originating publisher's website, complete with the original publisher's ads:




52. These facts directly contradict Emmerich's statement in Paragraph 20 of the Amended Complaint that states: "Of critical importance, the portion appearing on News Break does not lead to the website of the local publisher which generated the story in question. Instead, it leads to a facsimile of the story which has been stolen and retrofitted by Particle Media, grabbing all of the local news content while eliminating most, if not all, of the local ads which are the lifeblood of the local publishers."

53. it is my understanding, based on discussions with NewsBreak, that NewsBreak does not place advertising in conjunction with articles from publishers with which it does not have partnership agreements. There thus is no financial advantage to NewsBreak to surface non-partner content because, at the time of my review, there are no advertisements placed with those article snippets on the web version, and the mobile version shows only a headline that links back to the originating publisher's platform.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

54. NewsBreak's highly trafficked web and mobile platforms with approximately 12 million active monthly users[28] not only provide links back to content on presumably far-less trafficked publisher websites, raising the ad revenue for the original ads appearing on those sites, NewsBreak also allows users to create "favorites" lists by following specific publishers, for those publishers with whom it has license agreements. This in turn surfaces more of a specific publisher's content to NewsBreak users, which results in even greater links back to the original publisher's website and increased traffic for that publisher's advertising revenue that grows with increased traffic to their own platforms.
55. Of significant importance is the type of traffic that NewsBreak attracts and links back to original publishers' websites. In 2021, users on mobile devices, such as smartphones, generate 55% percent of all global website traffic; mobile users have consistently equaled or surpassed desktop usage since the beginning of 2017 and the gap continues to grow.[29]
56. It is my understanding, based on discussions with NewsBreak, that mobile device users currently constitute more than 90% of NewsBreak's average daily users. While small publishers such as Emmerich may have their own websites, in my experience they do not typically have the resources to develop their own mobile platforms. Therefore, the fact that 97% of the traffic being referred by NewsBreak to small publisher platforms comes from users reading news on their smartphones and other mobile devices means that those are readers that those publishers would not otherwise reach because they do not have their own mobile platforms.
57. NewsBreak is ranked fourth in the total traffic referral, more than Twitter, and only surpassed by Google, Facebook and Google News.[30] It is my understanding, based on discussions with NewsBreak, that NewsBreak continues to invest heavily in developing its mobile platform and increasing mobile traffic. It is also my understanding, based on discussions with NewsBreak, that this traffic is so valuable that large publishing partners have asked NewsBreak to refer traffic back to their websites and have been willing to pay NewsBreak for that traffic.

---

[28] Web traffic data from a leading source, SemRush, as of Oct. 2021: https://www.semrush.com/analytics/traffic/overview/newsbreak.com?searchType=domain.

[29] Web vs Mobile Traffic: https://www.statista.com/statistics/277125/share-of-website-traffic-coming-from-mobile-devices/.

[30] NewsBreak rank among traffic referrals: https://www.parse.ly/resources/data-studies/referrer-dashboard.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**D. NewsBreak's Journalistic Reporting**

58. Emmerich states in Paragraph 22 of the Amended Complaint: *"Particle Media performs no journalistic function at all."* This statement ignores the actual business of NewsBreak, however, which not only provides news aggregation to millions of readers, but also creates original journalistic news content of its own through its NewsBreak Original program.

59. This feature is hard to ignore – "Original" is prominently displayed across the top of the NewsBreak website:




60. It is my understanding, based on discussions with NewsBreak, that since its origination on October 2020, the NewsBreak Original program has recruited and developed almost 4,000 independent journalists, bloggers, writers, photographers and videographers who create local content across an array of topics for inclusion into the NewsBreak feed. Their content is available along with other content from large and small publishers by scrolling or searching the NewsBreak web and mobile platforms. NewsBreak regularly highlights and promotes individual Original creators across the United States who create content in diverse locations such as Statesville, North Carolina,[31] Cumming, Georgia[32] and Sachse, Texas[33] among many others.

61. These Original creators adhere to high editorial standards as promoted on the NewsBreak website,[34] and NewsBreak has created a division of the company dedicated to the program that is tasked with growing the number of creators, moderating content and managing the program.[35]

---

[31] Original Content creator Statesville, NC: https://www.linkedin.com/feed/update/urn:li:activity:6833457662714376192/.

[32] Original Content creator Cumming, GA: https://www.linkedin.com/feed/update/urn:li:activity:6780553929693503488/.

[33] Original Content creator Sachse, TX: https://www.linkedin.com/feed/update/urn:li:activity:6825855012296650752/.

[34] NewsBreak editorial standards:https://creators.newsbreak.com/contributor-editorial-standards.

[35]NewsBreak Originals Leadership: https://www.prnewswire.com/news-releases/newsbreak-announces-addition-of-xana-oneill-to-leadership-team-as-head-of-original-content-301386874.html?tc=eml_cleartime.

62. The business model of NewsBreak highlights the importance of its independent journalists by citing them in its overarching mission statement: “We connect and empower local users, local content creators, and local businesses at scale, helping people everywhere live safer, more vibrant, more truly connected lives. By forging close partnerships with thousands of local publishers, content creators, and businesses around the country, NewsBreak’s priority is to help a new generation of readers find and engage with vital, locally published content and information.”[36]
63. In my opinion, this is not unlike the business model of AP or any other news organization that publishes content from its own group of journalists as well as content from multiple other sources.
64. A distinction that separates NewsBreak from among its peers is its active recruitment of journalists and the ease with which potential contributors to NewsBreak can apply and be vetted. Simply by responding to the “Start to Create” link on the NewsBreak original page, potential journalists can begin the process of contributing to the NewsBreak content:



[37]

## VII. EMMERICH CONTENT AND BUSINESS

65. In my professional career I have been assigned and retained to examine many dozens of news businesses and editorial content suppliers with the potential of acquiring, or partnering with the business. In my experience, the reasons for acquiring a target company generally fall within the following criteria:

- It has existing revenue or the potential for revenue in the near or long term.

[36] NewsBreak mission statement: https://www.linkedin.com/company/particle-media-inc-/.

[37] NewsBreak Original promoted on website: https://creators.newsbreak.com/creators.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- It has technology expertise that will cost us more in time and money to build ourselves than if we buy it.
- It has key personnel that we want working for us.
- It is an existing or emerging threat to our own business.
- It produces monetizable content that we do not create ourselves.
- It has content or capabilities that, alongside our own, represent a greater opportunity for sales compared to the content being sold separately.
- It has an existing customer base distinct from our own, or one with minimal overlap.

66. It is with this professional lens that I have examined the plaintiff's content and business.

### A. What is Emmerich Newspapers, Inc.?

67. Paragraph 11 of the Amended Complaint states: "Emmerich Newspapers, Incorporated is the largest privately owned newspaper chain in Mississippi, with additional newspapers in Louisiana and Arkansas."
68. Before newspapers had digital platforms, the size of a newspaper was determined by circulation, meaning the number of readers who paid for the paper at a newsstand or had the newspaper delivered to their door. Advertisers paid and continue to pay a newspaper to place advertising based on the newspaper's circulation. Paid readers are more valuable than unpaid readers based on the assumption that someone who pays for the product has made an affirmative decision to obtain and read it, whereas free newspapers dropped at a doorstep are more likely to go unread.
69. Determining a newspaper's "size" has gotten less straightforward with the inclusion of online platforms associated with newspapers. The size of these platforms is typically measured in either total visits to the platform or by unique visitors to the platform.[38] By either measure, the sum of plaintiff's operations is small.
70. As stated above, the largest newspaper in Mississippi, the Clarion-Ledger in Jackson, has approximately 522,000 unique visitors to its website each month[39], and has a paid

---

[38] Total visits is the total number of clicks on a platform. Unique visitors are the number of distinct people who click on a platform (determined by the user's IP address, cookies or other digital measures.)

[39] Web traffic data from a leading source SemRush, Oct. 2021: https://www.semrush.com/analytics/traffic/overview/clarionledger.com?searchType=domain.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

circulation for its printed newspaper of fewer than 58,000 readers. In contrast, the largest of the plaintiff's newspapers is the Northside Sun in Jackson, Mississippi with circulation of approximately 9,200 readers based on print circulation[40]. As the plaintiff's largest newspaper, the Northside Sun has approximately 1/6th the circulation of the Clarion-Ledger, and its website gets less than 1/35th the number of monthly visits.[41]A screenshot comparison of the website traffic for these two newspapers is in Exhibit C[42].

71. In addition, the largest privately owned newspaper in Mississippi is not the plaintiff's Northside Sun. Rather, it is The Commercial Dispatch in Columbus, Mississippi, which has been owned by the Imes Family since 1922.[43] The Commercial Dispatch has 1.6 times the print circulation as the plaintiff's Northside Sun and its 102,000 monthly unique visitors[44] more than six times the online monthly visits as the plaintiff's largest newspaper.[45]
72. Further, The Commercial Dispatch has more website traffic to its website than to all of the plaintiff's 17 Mississippi newspaper websites combined, according to publically available data.[46]
73. The plaintiff also owns one small newspaper in Dumas, Arkansas and two small newspapers in Franklinton and Madison. Louisiana. Their web traffic is so small it is not measured by online tracking tools.
74. The plaintiff's statement that it is "the largest privately owned newspaper chain in Mississippi, with additional newspapers in Louisiana and Arkansas" overstates the

[40] Circulation figures for Emmerich newspapers come from Emmerich and are not independently verified.

[41] Traffic data from SemRush, Oct. 2021: https://www.semrush.com/analytics/traffic/overview/northsidesun.com?competitor=clarionledger.com:domain&searchType=domain.

[42] Emmerich has produced web traffic statistics that vary greatly from publically available sources, for reasons that are unclear. I reserve the right to address the discrepancies between Emmerich's web traffic statistics and web traffic data for Emmerich from publicly available sources if and when the plaintiff provides additional information or context for its web traffic statistics.

[43] Imes Family Ownership: https://cdispatch.com/about/.

[44] Traffic Data from SemRush, Oct. 2021: https://www.semrush.com/analytics/traffic/overview/cdispatch.com?searchType=domain.

[45] Comparison Traffic data from SemRush. Oct. 2021: https://www.semrush.com/analytics/traffic/overview/northsidesun.com?competitor=cdispatch.com:domain&searchType=domain.

[46] Actual web traffic is available for seven of the plaintiff's 17 Mississippi newspaper websites. The remaining 10 have traffic too small to be measured and have been estimated at approximately equal to the smallest measurable traffic at the plaintiff's yazooherald.net.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

company's position among Mississippi, Arkansas and Louisiana news organizations. The inclusion of the words "privately owned" and "chain" may make the statement factually correct but gives the misleading impression that the plaintiff's circulation is the largest of any news outlet in the specified geographies, which publicly available information shows is not the case.

75. Similarly, Paragraph 12 of the Amended Complaint states: "In most of its markets Emmerich Newspapers is the only source of local news." This statement is inaccurate and ignores the nature of the content actually published by the plaintiff's newspapers, which contain a large number of stories by AP. The identical AP stories can be found in multiple competing newspapers across Mississippi. Only a small portion of the content in each of the plaintiff's newspapers is actually local community news, amounting to only a handful of stories a day. Furthermore, my review of the content showed that many of these articles are press releases, not news articles created by Emmerich journalists.

76. A review of every article published over a single day (November 22, 2021) on Emmerich's largest newspaper's website, the Northside Sun, revealed that a small percentage, 10%, of the articles published were from Emmerich reporters, columnists or editors, 63% of the articles were from the AP, 10% were press releases and 15% were reprinted from the non-profit website Mississippi Today.[47] Of the six Mississippi Today articles republished on the Northside Sun website, all had been published on the Mississippi Today website verbatim, and two were published there days earlier. Far from being "the only source of local news" as Emmerich claims in its Amended Complaint, 78% of the identical articles published on northsidesun.com, those from the AP and Mississippi Today, were available elsewhere. Two of the four reports published as official press releases on the Emmerich website were also covered on the WJTV television website, but by its actual reporters. Only two of the articles published on the Northside Sun website were local news stories, and one of these was a brief obituary, all the rest were statewide, national and international stories. Details are available in Exhibit D and shown in the chart below.

[47] Mississippi Today describes itself as "the only fully staffed, member-supported, digital-first, nonprofit, nonpartisan newsroom serving Mississippi and meeting the information needs of communities across the state." https://mississippitoday.org/about-us/.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER




77. The plaintiff's statement that it is the only source of local news also discounts the existence of 29 television stations across the state of Mississippi[48] that also report local news and have their own websites. The statement also ignores the shift in news consumption habits of the public that has moved away from newspapers towards television and online sources for generations. The Internet surpassed newspapers as the outlet for news in 2008.[49] Social Media surpassed newspapers as a news source in 2018.[50] In November 2021, when asked which platforms they use often to consume news, 10% of Americans said they get news from print publications, 36% from television, and 51% from digital devices, with 28% having a digital preference consuming news websites or apps.[51]

[48] List of Mississippi TV Stations: https://en.wikipedia.org/wiki/List_of_television_stations_in_Mississippi.

[49] Internet surpasses Newspapers as News Source: https://www.pewresearch.org/politics/2008/12/23/internet-overtakes-newspapers-as-news-outlet/.

[50] Social Media surpasses Newspapers as News Source: https://www.pewresearch.org/fact-tank/2018/12/10/social-media-outpaces-print-newspapers-in-the-u-s-as-a-news-source/.

[51] How Americans Consume News: https://www.pewresearch.org/journalism/fact-sheet/news-platform-fact-sheet/.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

78. In addition to television stations covering news across Mississippi, the state also has a number of news websites that cover news, including mississippitoday.org, the state's first nonprofit, nonpartisan newsroom, supertalk.fm, the website of four state radio networks, state, regional and city websites containing announcements and local news, as well as social media where news is reported and shared widely.
79. The ultimate result of Emmerich's overstatements is to suggest that its collection of small newspapers generate a very significant volume of highly sought-after local content. In fact, however, there are other news outlets in Mississippi that have larger circulations and web traffic, and generate the same or greater volumes of original content in overlapping markets.

**B. Articles Listed by the Plaintiff In the Amended Complaint**

80. Each of the plaintiff's websites includes a click counter showing how many times a reader has clicked on an article to read it. In the article below, headlined "COUNTY WILL PURSUE MORE VIRUS AID" and published August 4, 2020 on the Greenwood Commonwealth website, the counter shows that the article has been opened a total of 35 times in more than 14 months since it was published[52]:

**COUNTY WILL PURSUE MORE VIRUS AID**

By ADAM BAKST- Staff Writer
Tue, 08/04/2020 - 1:59 AM, **35 Reads**

The Leflore **COUNTY** Board of Supervisors discussed applying for **MORE** funding from the Coronavirus **AID**, Relief, and Economic Security (CARES) Act as well as from the Federal Emergency Management Agency.

**Click Here to Read MORE**

81. The Greenwood Commonwealth website attracts an average of 7,257 visits per month, an average 242 visits per day.[53] The 35 total clicks this article received over a 14 month period equals one click for every 6.9 visits to the site (14.4%) during a 1-day period. Stated differently, if all 35 clicks had happened during a one-day period, approximately one out of every 7 visits that day to the site involved clicking this story.
82. Since the traffic numbers to gwcommonwealth.com are so low, and since news articles have a limited time during which they are displayed, usually only one or a few days, 35 total clicks for this story seems a plausible number. This number of clicks is in fact what Emmerich claims on its website to be accurate, and this number is what is visible to

[52] Read counter numbers were examined and screen captured between Oct. 18-19, 2021.

[53] Traffic Data from SimilarWeb. Dec. 2020 https://pro.similarweb.com/#/marketing/competitiveanalysis/overview/website-performance/gwcommonwealth.com/*/840/3m?webSource=Total.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

potential advertisers, to the people and institutions mentioned in the story, to the community the newspaper serves, and to the court.

83. Paragraph 26 of the Amended Complaint lists 15 articles that appeared on 6 of the plaintiff's websites. I examined each story by searching for it on the relevant website, and appended the plaintiff's read count to each story as well as data on website monthly and daily traffic for each site. (The first story in the list was not found on the website.) Screen captures of the actual read counts is available in Exhibit E.

84. The data is displayed below. Read counts in **red** text are numbers far in excess of the average daily visits for the entire site and are implausible to have been achieved. These implausible read counts are limited to 6 of the sites but are reflected in each of the stories from those sites. In the column headed "Avg. Daily Visits," numbers shown in **green** text are estimated numbers, since the actual web traffic is too small to be measured by tracking tools.

| Date | Headline | Publication Website | Read Count | Monthly Visits | Avg.Daily Visits |
|---|---|---|---|---|---|
| 7/31/2020 | Carroll County School District To Start August 13 | Winona Times | *Not Found | <5,000 | 67 |
| 8/4/2020 | County Will Pursue More Virus Aid | Greenwood Commonwealth | 35 | 7,257 | 242 |
| 8/4/2020 | Some School Board Members Waiting To Make Decision On Fall Sports Vote | Greenwood Commonwealth | 68 | 7,257 | 242 |
| 8/4/2020 | Pillow Grad Enjoys Job In AC Repair | Greenwood Commonwealth | 126 | 7,257 | 242 |
| 8/4/2020 | City Puts New Water Billing System To Use | McComb Enterprise Journal | 7 | 6,633 | 221 |
| 8/4/2020 | Uptown Mall Wants Downturn In Taxes | McComb Enterprise Journal | 10 | 6,633 | 221 |
| 8/4/2020 | Virus Hospitalizations Down, But Cases Continue To Surge | McComb Enterprise Journal | 6 | 6,633 | 221 |
| 7/31/2020 | Citizen Tip Leads To Drug Arrest | Clarksdale Press Register | **8,685** | 2,904 | 97 |
| 7/30/2020 | MSU Extension Collecting Unsolicited Seeds | Clarksdale Press Register | **2,332** | 2,904 | 97 |
| 7/27/2020 | Police Chase Ends In Felony Charges | Clarksdale Press Register | **5,677** | 2,904 | 97 |
| 8/4/2020 | What Are The Chances I Might Die From This Virus? | Newton County Appeal | **97,838** | < 5,000 | 67 |
| 7/31/2020 | ECCC Announces 2020 Cosmetology Graduates | Newton County Appeal | **154,223** | < 5,000 | 67 |
| 8/4/2020 | NCSD Sets Rules as School Reopens | Newton County Appeal | **74,211** | < 5,000 | 67 |
| 7/30/2020 | New Development Planned for Downtown Madison; To Include Retail, Offices, Dining | The Northside Sun | **5,964** | 8,413 | 280 |
| 7/23/2020 | Ranis and Tharp Married March 15 at Reservoir | The Northside Sun | **7,482** | 8,413 | 280 |

85. The chart below shows the stated read counts of each of these stories in relation to the total daily visits to the publishing website, where "1.00" on the horizontal access represents a story that every visitor in a day clicked on. According to the plaintiff's data, the story headlined "ECCC Announces 2020 Cosmetology Graduates" was clicked on



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2,313.35 more times than the total number of daily visitors to the website. The chart shows the implausibility of many of the read counts of the stories listed by Emmerich.




86. According the click counter on the plaintiff's website, the story headlined "ECCC Announces 2020 Cosmetology Graduates" has received a total of 154,223 clicks since it was published on the Newtown County Appeal website on July 31, 2020. In the 446 days since it was published[54], the story would have had to receive an average of 345.8 clicks every day for 446 days to achieve the total number of clicks the Emmerich website newtoncountyappeal.com proclaims. These clicks would have to be achieved on a website that has traffic numbers too small to be measured by commercially available web traffic monitoring but are estimated at 100 visits per day.
87. While other of the plaintiff's websites with similar total traffic numbers report stories with read counts in the teens and with most stories having fewer than 100 clicks, stories from three of the websites listed in the Amended Complaint show similar content with grossly overstated read counts in the thousands and tens of thousands.
88. To make sure the Emmerich click counter was working properly, that is, incrementing one read count for each click on the story, I tested this functionality successfully as shown in Exhibit F.
89. These excessive click counts do not appear to correspond to an increase in traffic. Absent some plausible explanation by the plaintiff for these very disproportionate click counts, it appears that at best the click counts are an unreliable measure of the number of times that any given article on the plaintiff's site has been visited by unique users.

[54] 446 days as of 10/20/2021.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### C. Emmerich Content Overview

90. In general, the stories and photos on the plaintiff's various websites are typical of small community newspapers of this size. A vertical two-column format is common on these Emmerich websites and the constant appearance of local advertising in the ratio of one display advertisement for each story requires the reader to search for actual articles within the scrolling window. The overall appearance is of having more advertising than editorial content.
91. The plaintiff's websites also segregate some full articles behind a paywall for logged-in readers with website subscriptions. Readers who are not subscribers can view a portion of the articles but have to be logged in as validated print customers in order to read the full articles.
92. Paragraph 21 of the Amended Complaint reads: "After reading the entire story on the News Break app, or the significant portion which has been posted, the reader has no reason at all to click through to the website where the story was originally posted and, while there, to see the ads placed by Emmerich's clients." However, the plaintiff itself employs the same business model for its premium content and displays a significant portion of each story before the paywall. A typical "premium content" story headlined "11 Swimmers Head to State" dated October 20, 2021 on https://www.newtoncountyappeal.com displays a picture and three full sentences of text containing a significant amount of information regarding that news article.

## VIII. THE GRIFFITH REPORT

93. In his report, Mr. Griffith goes into great detail about technologies utilized by news organizations for the dissemination of information. I have not formulated any opinion as to the validity of the technical information he presents in his report.
94. However, I take objection to Mr. Griffith's attempts to create a distinction between NewsBreak and search engines. This is a distinction without a difference.
95. In his Section 2, Mr. Griffith presents his short list of examples of search engines including Google, Bing and Yahoo. Mr. Griffith writes: *"We begin with the definition of "search engine" in Merriam-Webster, which is: computer software used to search data (such as text or a database) for specified information also: a site on the World Wide Web that uses such software to locate key words in other sites."*
96. Using Mr. Griffith's chosen language for a definition of search engines; NewsBreak is certainly *"computer software used to search data (such as text or a database) for specified information."* Further, NewsBreak is certainly *"a site on the World Wide Web that uses such software to locate key words in other sites."*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

97. The only ambiguous words in his definition are *"in other sites."* The implication is that NewsBreak is a single website searching only itself and that the search engines he lists find data in sites other than their own. But Mr. Griffith is certainly aware that Google and other companies scan the web for new data and cache that data on their own servers. When a Google user conducts a search, they are not searching *"in other sites,"* the user is actually searching Google's cached data stored on Google's site. Put precisely, in Google's own words: *"Google visits the pages that it has learned about by crawling, and tries to analyze what each page is about. Google analyzes the content, images, and video files in the page, trying to understand what the page is about. This information is stored in the* Google index*, a huge database that is stored on many computers*."[55]
98. Similarly, NewsBreak surfaces content to NewsBreak users that it has gathered from *"other sites"* across the internet, and surfaces that content depending on search criteria and category filters used by the user.
99. Mr. Griffith also writes in Section 2: "The generally accepted definition of search engine…includes the ability to search for keywords among websites of all kinds, not just publishers of local news...when a user searches for a certain keyword on Google, Google will often return results from a wide variety of websites — not just news, but blogs, retail establishments, restaurants, academic institutions, and numerous other types…"
100. In his own words, Mr. Griffith defines a search engine as being able to return results unrelated to what someone searching for news is searching for. It is incomprehensible then to understand how he reconciles the distinction between Google and Google News. His implication is that Google is a search engine and Google News is not. This ignores the fact that Google News displays to users the same information as Google, only without the "hits" relating to "restaurants and retail establishments."
101. A user can go to google.com and search any topic. By clicking the "news" filter, this information is limited to news content. The same user can instead go to news.google.com and search for any topic and receive only news content without having to click any "news" filter.
102. NewsBreak surfaces only news content, not information about restaurants and retail establishments, in a similar manner as Google News. If Google News is a search engine and NewsBreak is not, it is hard to understand any justification for making that distinction.

[55] The basics of how search works by Google: https://developers.google.com/search/docs/basics/how-search-work.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

103. Like Google and Google News, NewsBreak's website and mobile platforms have a search tool that allows users to search for news content across the internet. And also like Google News, users can filter the content by various content categories.

104. News consumers who want to see restaurants and retail establishments can go to Google, and then filter out the undesired results, or they can go directly to Google News, that has a user interface customized for people looking for news, or NewsBreak, that also has a user interface customized for people looking for news. Both have already filtered out the undesired results.

105. For end users searching for news, the user interface and the resulting content discovery on Google News and NewsBreak offer a comparable experience. Users wanting the same results but with an interface not tailored for people searching for news can go to google.com instead.

## IX. CONCLUSION

106. The Amended Complaint lists numerous factual errors concerning the nature and business of NewsBreak, including misstating a description of the NewsBreak platforms that is easily contracted even with a cursory examination.

107. NewsBreak is a news aggregator that offers consumers robust search functionality and customization. As experienced by users, NewsBreak is a search engine for the discovery of news information from the infinite variety of sources across the internet, in the same manner as Google News, offering a useful tool for consuming news information for 45 million monthly active users.

108. The plaintiff overstates the importance of its own group of newspapers using misleading language to inflate the role it plays among Mississippi media.

109. The plaintiff also uses language throughout the Amended Complaint that suggests NewsBreak will cause the demise of the news industry:

- Paragraph 12: *"(Particle Media) is contributing to the death of the local newspaper industry."*
- Paragraph 21: *"If allowed to continue, this business model will decimate the local news industry."*
- Paragraph 36: *"Unless restrained by this Court, Particle Media will cause further irreparable injury to Emmerich Newspapers."*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

110. These types of prognostications of doom follow all manner of technological advancements. The same statements of impending disaster were stated during the development of news syndicates at the end of the 19th century, yet the early 20th century saw the biggest boom in newspapers in history. Surely, the arrival of the internet and digital media has created a fundamental shift in the way people interact with information and discover and consume news that long predates NewsBreak.

111. Newspapers that stick with traditional business models have suffered and closed. Rather than fight inevitable change, successful businesses have adapted to new realities. The internet has created new opportunities for publishers and seen an explosion in new media businesses that could not have existed during the print newspaper age.

112. The audience for these new digital publishers is exponentially higher than that of the largest newspapers, combined. At its historical peak circulation in 2013, the New York Times had a circulation of 1.9 million readers.[56] NewsBreak has been in existence since 2015 and has tens of millions of monthly active users. Clearly, the marketplace has changed with the development of new technologies.

113. The plaintiff ignores the benefit to news outlets of the potential of having a massively trafficked platform deliver traffic to their own websites, many of which have traffic too small to be measured by available web traffic monitoring services. Most of the plaintiff's news stories are read by a hundred or less readers. Having traffic delivered to its websites from NewsBreak or other news aggregators is a potential remedy for at least some of the challenges confronting the news industry today. The possibility of added traffic presents the plaintiff with an opportunity to multiply its advertising-supported content by multiples of its own organic traffic.

114. Far from representing impending doom, in my opinion Newsbreak and other news aggregators represent a hope of survival for small publishers like the plaintiff.

[56] Statista. 2021. https://www.statista.com/statistics/273503/average-paid-weekday-circulation-of-the-new-york-times/#:~:text=Weekday%20circulation%20of%20The%20New%20York%20Times%20from%202000%20to%202020&text=In%202020%2C%20the%20average%20weekday,for%20the%20last%20few%20years.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Dated: November 24, 2021

BP Sell

**BLAKE PEMBROKE SELL**



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT A**

**RESUME AND QUALIFICATIONS**

**WORK EXPERIENCE**

**Media Consultant**

August 2014 – Present

Working with emerging media businesses to maximize business opportunities in the evolving media markets.

**Global Head AP Images / Director AP Images Products – The Associated Press**

June 2011 – August 2014

Responsible for developing business, product and licensing strategies for The Associated Press' global photo business. Manage AP Images' production team, social media strategy, website, newspaper members, partner relationships, assignment, wire photo and photo library businesses. Designed and launched and The Associated Press' spin-off entertainment photo business, Invision.

**Media Consultant**

July 2008 – June 2011

Evaluate current business practices and structures of media companies in order to help deliver better business results. Specializing in establishing new revenue opportunities for media companies with an emphasis on the business of image licensing.

**Director Business Development – Getty Images**

July 2006 – July 2008

Identify and build new business opportunities with emphasis on growing the editorial division through acquisition and strategic partnership. Evaluate existing and emerging photographic competitors and technologies for appropriate partnership options. Spearheaded the development of business strategies for the editorial video, music and multimedia divisions within the company.

**Managing Director – World Picture News**

January 2006 – July 2006

Senior executive in charge of the company, reporting to the owner. Responsible for business strategy and content. Oversee a staff of 28 editors, sales reps and supporting staff as well as more than 500 staff, contract and freelance photographers in global coverage. Directed initiatives



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

in a highly technology driven environment including breakthrough technologies such as mobile content, multimedia, audio and video. Strategize and oversee all client and business partner relationships.

**Project Consultant – Getty Images**

December 2003 – December 2005

Worked as a consultant within Getty Images' global editorial environment designing workflows and integration with key business units as part of the company's implementation of new technologies. Coordinated with editorial management and staff in developing mission critical workflows and internal communications processes.

**Managing Director – SIPA Press**

January 2001 – May 2002

Senior executive in charge of the USA division of the company. Was responsible for rebuilding the American operations, restoring and motivating the staff, implementing modern technologies, developing an online picture archive, designing and building SIPA New York's website. Directed the staff in coverage of events throughout the world. Oversaw the sales manager and sales staff.

**Senior Photographer, Editor – Reuters**

July 1996 – May 1999

Performed as the primary on-site editor-in-charge of content and staff for Reuters Newspictures, directing coverage of high-profile news, sports and entertainment events around the world. Served as White House photographer during the Clinton administration; covered hundreds of major news, sports and entertainment stories including numerous Olympic Games, Academy Awards, major sporting events. Helped pioneer the use of digital photography starting in 1992 as well as transmission of photographs and other cutting edge technologies.

**Photographer, Regional Manager, Editor – Reuters**

June 1988 – July 1996

Worked as on-site editor of many major stories in North America and covered many major events around the world, with overall responsibility for staff direction and picture report content. Organized, managed and ran the West Coast photo staff.

**Photographer, Photo Bureau Manager – United Press International**

May 1983 – June 1988



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Responsible for organizing a coverage network across a four-state area, including the hiring and maintenance of photographers, managing regional budgets and coordination of all news, sports and feature assignments. Performed key functions in coverage of most major national stories during this period.

**Photographer, Project Editor – Pasadena (Calif.) Star-News**

November 1977 – September 1982

Covered news, feature, sports assignments for a Knight-Ridder metropolitan area daily newspaper with the demands of multiple morning and evening editions. Recognized with a number of photography awards. Designed and edited special sections and photo projects.

**ADVANCED EDUCATION**

**2012-2013 Sulzberger Fellow – Columbia Journalism School, Columbia University**

Sulzberger Fellow at Columbia University, a program for senior executives from the world's leading media organizations that immerses high ranking news media executives in the use of strategy, innovation, marketing, demographics, journalism values and other critical approaches to help resolve challenges confronting their organizations and create long-term performance and change within their organizations.

**EDUCATION**

**University of Southern California, Bachelor of Arts Degree in Journalism**

Earned a Bachelor of Arts degree in journalism. Took a broad range of journalism studies, including news and feature writing, investigative reporting, television news writing and production, media law, media ethics.



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT B**

**MATERIALS REVIEWED**

**Pleadings**

- Emmerich's First Amended Complaint, filed 8/24/2021
- Particle Media's Answer and Affirmative Defenses to the Complaint, filed 5/3/2021
- Particle Media's Answer and Affirmative Defenses to the Amended Complaint, filed 10/12/21

**Websites**

- The following Emmerich websites:

  www.clarkecountytrib.com
  www.columbianprogress.com
  www.ddtonline.com
  www.dumasclarion.com
  www.Emmerichtestserver1.com
  www.enterprise-journal.com
  www.enterprise-tocsin.com
  www.era-leader.com
  www.gwcommonwealth.com
  www.hubcityspokes.com
  www.hubcityspokes.com/signature-magazine-eedition
  www.madisonjournal.com
  www.newtoncountyappeal.com
  www.northsidesun.com
  www.pressregister.com
  www.redhillsmsnews.com
  www.sctonline.net
  www.signaturemagazine.ms
  www.simpsoncounty.ms
  www.starherald.net
  www.tallahatchienews.ms
  www.winonatimes.com
  www.yazooherald.net
- NewsBreak Website (http://www.newsbreak.com)
- EdgeTheory Website (https://edgetheory.com/)



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Mobile Apps**

- iOS iPad Version NewsBreak
- iOS iPhone Version NewsBreak

**Web Traffic Analytics Tools**

- SimilarWeb (https://www.similarweb.com/)
- Alexa (http://www.alexa.com)
- WebsiteIQ (https://www.websiteiq.com/)
- StatShow (https://www.statshow.com/)

**Expert Reports**

- Report of Greg Griffith dated 9/26/2021

**Other Sources**

- Circulation and web traffic statistics provided by Emmerich:
    - Emmerich Webstats FY 2021.xlsx
    - Emmerich Webstats FY 2020.xlsx
    - Emmerich Webstats FY 2019.xlsx
    - Emmerich Webstats FY 2018.xlsx
    - Emmerich Webstats FY 2017.xlsx
    - Emmerich v. Particle – EN circ figures, Oct 2021 – 2014, master.xlsx
- Interviews with Robert Mazzola of NewsBreak on November 10 and 19, 2021.



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT C**

**COMPARISON OF WEB TRAFFIC BETWEEN JACKSON CLARION-LEDGER AND EMMERICH'S LARGEST NEWSPAPER NORTHSIDE SUN**






CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT D

## SINGLE DAY EVALUATION OF ALL ARTICLES PUBLISHED IN EMMERICH'S LARGEST NEWSPAPER NORTHSIDE SUN

| Story Source | Story Count |
|---|---|
| Associated Press | 26 |
| Mississippi Today | 6 |
| Obituary | 1 |
| Unsigned | 1 |
| Press Release | 4 |
| Editorial Opinion | 2 |
| Columnist | 1 |
| **Grand Total** | **41** |

Northside Sun Online Articles Monday Nov. 22, 2021
https://www.northsidesun.com/

| HEADLINE | DATE/TIME | SUBSOURCE | NOTE |
|---|---|---|---|
| JOBS LOST, MIDDLE CLASS AFGHANS SLIDE INTO POVERTY, HUNGER | 11/22/21 12:15 AM | Associated Press | |
| INTERPOL ELECTION RAISES RIGHTS CONCERNS ABOUT FAIR POLICING | 11/22/21 1:52 AM | Associated Press | |
| FORMER NETANYAHU AIDE TESTIFIES IN EX-PM'S CORRUPTION TRIAL | 11/22/21 2:05 AM | Associated Press | |
| SAILBOATS PACKED WITH MIGRANTS SEEK ITALY IN LATEST TACTIC | 11/22/21 2:07 AM | Associated Press | |
| VERMONT DEMOCRATIC US REP. PETER WELCH TO SEEK SENATE SEAT | 11/22/21 5:01 AM | Associated Press | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| TARGET TO KEEP STORES CLOSED ON THANKSGIVING FOR GOOD | 11/22/21 6:13 AM | Associated Press |
| EU WANTS CALM AMID VIRUS PROTESTS; RIOTERS CALLED 'IDIOTS' | 11/22/21 6:26 AM | Associated Press |
| ISLAND ANGER: GUADELOUPE CLOSES SCHOOLS AFTER COVID RIOTING | 11/22/21 6:56 AM | Associated Press |
| OFFICIAL: MORE THAN 90% OF FED WORKERS GOT SHOTS BY DEADLINE | 11/22/21 7:54 AM | Associated Press |
| BIDEN TO KEEP POWELL AS FED CHAIR, BRAINARD GETS VICE CHAIR | 11/22/21 8:01 AM | Associated Press |
| VENEZUELA VOTES IN REGIONAL ELECTION UNDER INTERNATIONAL EYE | 11/22/21 8:11 AM | Associated Press |
| HOW COVID SHOTS FOR KIDS HELP PREVENT DANGEROUS NEW VARIANTS | 11/22/21 9:02 AM | Associated Press |
| YES, THERE ARE TURKEYS FOR THANKSGIVING - FOR A PRICE | 11/22/21 9:02 AM | Associated Press |
| MISSISSIPPI LOSES SUPREME COURT WATER FIGHT WITH TENNESSEE | 11/22/21 9:47 AM | Associated Press |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| WASTE MANAGEMENT ANNOUNCES ROUTE SCHEDULE CHANGES FOR HOLIDAY | 11/22/21 10:02 AM | Press Release/Handout Uncredited | |
| BELHAVEN UNIVERSITY ANNOUNCES MOVE TO USA SOUTH CONFERENCE | 11/22/21 10:08 AM | Press Release/Belhaven University | Same story available at WJTV by their own reporter: https://www.wjtv.com/sports/belhaven-university-accepts-invitation-to-usa-south-conference/ |
| OPINION: STOP TRESPASSING ON HOLY GROUND | 11/22/21 10:12 AM | Editorial Opinion by AVERYELL KESSLER | |
| POLICE: PARADE-CRASH SUSPECT WAS IN A DOMESTIC DISTURBANCE | 11/22/21 10:23 AM | Associated Press | |
| THE OTHER SIDE PODCAST: WILL WINDFALL OF FEDERAL, STATE FUNDS MEAN TRANSFORMATION FOR MISSISSIPPI? | 11/22/21 10:28 AM | Mississippi Today | Exact story available at original source: https://mississippitoday.org/?s=Transformation+for+mississippi |
| KEY CREDIT RATING AGENCY VOICES CONCERNS ABOUT REEVES' PROPOSED TAX CUTS, SAYS IT IS WATCHING | 11/22/21 10:43 AM | Mississippi Today | Exact story available at original source (**correct date is Nov. 21**): https://mississippitoday.org/?s=Proposed+Tax+Cuts |
| EMIL HRBAC, JR. | 11/22/21 10:48 AM | Obituary | |
| Q&A WITH DR. KAYE BENDER, PRESIDENT OF THE AMERICAN PUBLIC HEALTH ASSOCIATION | 11/22/21 10:53 AM | Mississippi Today | Exact story available at original source (**correct date is Nov. 20**): https://mississippitoday.org/?s=Kaye+Bender |



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| | | | |
|---|---|---|---|
| THESE UM STUDENTS CAMPED OUT TO GET A SIGN ON ESPN 'COLLEGE GAMEDAY' ABOUT... FINANCIAL AID? | 11/22/21 11:08 AM | Mississippi Today | Exact story available at original source: https://mississippitoday.org/2021/11/22/these-um-students-camped-out-to-get-a-sign-on-espn-college-gameday-about-financial-aid/ |
| EXPLAINER: WHAT DOES PM'S REINSTATEMENT MEAN FOR SUDAN? | 11/22/21 11:53 AM | Associated Press | |
| FLORIDA CLEARS GROVELAND FOUR OF 1949 RAPE OF WHITE WOMAN | 11/22/21 11:58 AM | Associated Press | |
| EDITORIAL: KEEP GUNS SECURED | 11/22/21 12:00 PM | Opinion/Unsigned | |
| IS TRAVEL SAFE DURING THE PANDEMIC THIS HOLIDAY SEASON? | 11/22/21 12:19 PM | Associated Press | |
| REAL MEN WEAR PINK: FUNDS RAISED FOR BREAST CANCER | 11/22/21 1:00 PM | Unsigned | |
| ETHIOPIA PM SAYS HE WILL LEAD ARMY 'FROM THE BATTLEFRONT' | 11/22/21 1:49 PM | Associated Press | |
| FERNANDO GONZÁLEZ, AP HEAD OF CARIBBEAN NEWS, DIES IN CUBA | 11/22/21 1:50 PM | Associated Press | |
| MISSISSIPPI COVID-19 UPDATE : NOVEMBER 22, 2021 | 11/22/21 2:10 PM | Press Release/MSDH | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| U.S. SUPREME COURT DISMISSES MISSISSIPPI'S CLAIM OF STOLEN GROUNDWATER | 11/22/21 2:16 PM | Mississippi Today | Exact story available at original source: https://mississippitoday.org/2021/11/22/u-s-supreme-court-dismisses-mississippis-claim-of-stolen-groundwater/ |
| FOR DAN MULLEN, THOSE GREENER PASTURES DIDN'T TURN OUT SO GREEN | 11/22/21 2:24 PM | Mississippi Today | Exact story available at original source: https://mississippitoday.org/2021/11/22/for-dan-mullen-those-greener-pastures-didnt-turn-out-so-green/ |
| JONES COUNTY SUPERVISOR ARRESTED FOR EMBEZZLEMENT | 11/22/21 2:39 PM | Press Release/Mississippi Office of the State Auditor | Same story available at WJTV by their own reporter: https://www.wjtv.com/news/pine-belt/jones-county-supervisor-indicted-for-embezzlement/ |
| BIDENS OPEN HOLIDAYS WITH CHRISTMAS TREE AND 'FRIENDSGIVING' | 11/22/21 2:56 PM | Associated Press | |
| OUTDOORS IN THE SUN: ADDRESSING A 'TOUCHY' SUBJECT | 11/22/21 3:00 PM | Columnist Jeff North | |
| HOUSE JAN. 6 PANEL SUBPOENAS ALEX JONES AND ROGER STONE | 11/22/21 4:21 PM | Associated Press | |
| ELIZABETH HOLMES MAKES HER CASE TO THE JURY IN FRAUD TRIAL | 11/22/21 4:29 PM | Associated Press | |
| MILWAUKEE'S 'DANCING GRANNIES' DEVASTATED BY PARADE CRASH | 11/22/21 5:18 PM | Associated Press | |
| EX-SOUTH KOREAN STRONGMAN CHUN DOO-HWAN DIES AT AGE 90 | 11/22/21 7:45 PM | Associated Press | |
| WAUKESHA PARADE CRASH SUSPECT'S BAIL | 11/22/21 10:49 PM | Associated Press | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

RAISES QUESTIONS



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT E**

**SCREEN CAPTURES OF ARTICLES MENTIONED IN PLAINTIFF'S COMPLAINT**

### COUNTY WILL PURSUE MORE VIRUS AID

By ADAM BAKST- Staff Writer
Tue, 08/04/2020 - 1:59 AM, **35 Reads**

The Leflore **COUNTY** Board of Supervisors discussed applying for **MORE** funding from the Coronavirus **AID**, Relief, and Economic Security (CARES) Act as well as from the Federal Emergency Management Agency.

**Click Here to Read MORE**

### SOME SCHOOL BOARD MEMBERS WAITING TO MAKE DECISION ON FALL SPORTS VOTE

By BILL BURRUS- **SPORTS** Editor
Mon, 08/03/2020 - 11:46 PM, **68 Reads**

The Greenwood Leflore Consolidated **SCHOOL** District's top brass thinks it's best for the safety of all **TO** shut down **FALL SPORTS** and activities for its three high schools.

**Click Here to Read MORE**

### PILLOW GRAD ENJOYS JOB IN AC REPAIR

By AIRRIN METZ- For the Commonwealth
Tue, 08/04/2020 - 2:02 AM, **126 Reads**

Dylan Foster says once you have lived **IN** the Delta, you don't ever want to leave.

"You're going to want to spend your entire life here," said the 23-year-old Greenwood resident.

**Click Here to Read More**

### CITY PUTS NEW WATER BILLING SYSTEM TO USE

By CALEBMCCLUSKEYCMCCLUSKEY@ENTERPRISE-JOURNAL.COM
Mon, 08/03/2020 - 10:11 PM,**7 Reads**

McComb officials hope a **NEW WATER** bill **SYSTEM** that **CITY** officials say will drastically improve services with multiple **NEW** functions.

**Click Here TO Read More**

### UPTOWN MALL WANTS DOWNTURN IN TAXES

By ERNEST HERNDON- Enterprise-Journal
Tue, 08/04/2020 - 11:50 AM, **10 Reads**

Edgewood **MALL**, soon to be known as **UPTOWN** McComb, appealed its county tax rates to Pike County supervisors on Monday.

**MALL** representative William Ward claimed the property has a $7.5 million value, half of what's on the county tax roll.

**Click Here to Read More**

### VIRUS HOSPITALIZATIONS DOWN, BUT CASES CONTINUE TO SURGE

By GABRIELPERRYGPERRY@ENTERPRISE-JOURNAL.COM
Mon, 08/03/2020 - 10:10 PM,**6 Reads**

**HOSPITALIZATIONS** due **TO** COVID-19 are **DOWN** across the state, health officials identified fewer **CASES** Monday than in recent days and The Claiborne was removed from a state list of long-term care facilities with ongoing coronavirus outbreaks.

**Click Here TO Read More**



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## CITIZEN TIP LEADS TO DRUG ARREST

By SPECIAL **TO** THE PRESS REGISTER
Fri, 07/31/2020 - 11:14 AM, **8,685 Reads**

## MSU EXTENSION COLLECTING UNSOLICITED SEEDS

By SPECIAL TO THE PRESS REGISTER
Thu, 07/30/2020 - 5:03 PM, **2,332 Reads**

## POLICE CHASE ENDS IN FELONY CHARGES

By SPECIAL TO THE PRESS REGISTER
Mon, 07/27/2020 - 3:30 PM, **5,677 Reads**

## WHAT ARE THE CHANCES I MIGHT DIE FROM THIS VIRUS?

By BOB MAY
Tue, 08/04/2020 - 2:45 PM, **97,838 Reads**

## ECCC ANNOUNCES 2020 COSMETOLOGY GRADUATES

Fri, 07/31/**2020** - 4:00 AM,**154,223 Reads**

Seventeen students graduated in July from the 12-month **COSMETOLOGY** program at East Central Community College in Decatur.

**Click Here to Read More**

## NCSD SETS RULES AS SCHOOL REOPENS

By STAFF REPORTS
Tue, 08/04/2020 - 2:45 PM, **74,211 Reads**

## NEW DEVELOPMENT PLANNED FOR DOWNTOWN MADISON; TO INCLUDE RETAIL, OFFICES, DINING

By NIKKI ROWELL
Thu, 07/30/2020 - 10:40 AM, **5,964 Reads**

## RANIS AND THARP MARRIED MARCH 15 AT RESERVOIR

Thu, 07/23/2020 - 3:03 PM,**7,482 Reads**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT F

### EMMERICH CLICK COUNTER WORKING AS DESIGNED

Clicking on the “Click Here to Read More” link brings up the story and increments the Read count by one.






CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT G**

**EXAMPLE OF EMMERICH PREMIUM CONTENT BEHIND A PAYWALL**

Onlee paid subscribers of the Newton County Appeal print edition can read the full article below:



Maya Olmstead swimming the 100-yard freestyle where she placed 2nd. | Submitted Photo

PREMIUM CONTENT FOR SUBSCRIBERS

## 11 SWIMMERS HEAD TO STATE

By STAFF REPORTS
Wed, 10/20/2021 - 4:39 PM, 1 Read

On Saturday, Newton County swim team competed in the MHSAA North State Championships in Cleveland against 16 other schools. Newton County sent 11 swimmers with individual qualifying times and four relays. Many swimmers swam fast enough to advance to the State Championships to be held on October 23, 2021, in Tupelo.

Click Here to Read More



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER